UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20411-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LUIS FELIPE PEREZ,
    Defendant.
_____/

## REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE**, having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the defendant in the above-referenced case, and this Court, having conducted a change of plea hearing recommends to the District Court as follows:

    1.    On September 23, 2010, this Court convened a hearing to permit the defendant to enter a change of plea in the aforementioned matter. This Court advised the defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of the defendant, the defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

    2.    This Court advised the defendant that the defendant did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. The

defendant, the defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with Rule 11 of the Federal Rules of Criminal Procedure.

4. There is a written plea agreement that has been entered into by the parties in this case. This Court reviewed the plea agreement on the record and had the defendant acknowledge that the defendant signed the plea agreement. This Court also made certain that the defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the plea agreement and the applicable statutes.

5. The defendant pled guilty to Count I set forth in the Information as follows:

> In violation of Title 15, United States Code, Section 78j(b) and 78ff(a) and Title 17, Code of Federal Regulations, Section 240.10b-5, the defendant did knowingly, willfully and unlawfully, by the use of means and instrumentalities of interstate commerce, the mails and the facilities of national securities exchanges, directly and indirectly, used and employed manipulative and deceptive devices and contrivances in connection with the purchase and sale of securities, and did (a) employ a device, scheme and artifice to defraud; (b) made untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading and (c) engaged in acts, practices and courses of business which would and did operate as a fraud and deceit upon any person, in connection with the purchase and sale of securities.

6. The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes to which the defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable.  The

government also announced the possible maximum penalty in respect to the Information. The defendant acknowledged the possible maximum penalty which could be imposed in this case.

7.  Based upon all of the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that the defendant be found to have freely and voluntarily entered a guilty plea to Count I of the Information, as more particularly described herein, and that the defendant be adjudicated guilty of this offense.

8.  A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **Thursday, December 2, 2010 at 9:00 AM, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-2, Miami, FL 33128.**

**ACCORDINGLY,** the undersigned recommends to the District Court that the defendant's plea of guilty be accepted, the defendant be adjudicated guilty of the offense to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Paul C. Huck.

**DONE AND SUBMITTED** at Miami, Florida, this **23rd** day of September, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Huck
All Counsel of Record
United States Probation

3