UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20411-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LUIS FELIPE PEREZ,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

THE MATTER was referred to Magistrate Judge John O'Sullivan on September 15, 2010. A Report and Recommendation filed on September 23, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this _8_ day of October, 2010.

                                                      PAUL C. HUCK
                                                    U.S. DISTRICT COURT JUDGE

cc: All counsel of record.