PROB72
(7/96)

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF FLORIDA

### Declaration of Victim Losses

FILED by _L.M.A_ D.C.

NOV 1 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

|  |  |  |
|---|---|---|
| United States | ) | |
| v. | ) | |
| Luis Felipe Perez | ) | 10-20411-CR-HUCK |
| | ) | (Case Number) |

I, _Reinaldo Roman_ , residing at _7483 NW 167th St_ ,

*(Please provide complete mailing address)*

_Hialeah FL 33015_ , am victim in the

above-referenced case and I believe that I am entitled to restitution in the total amount of $ _1,200,000.00_

My specific losses as a result of this offense are summarized as follows:
*(Itemize your losses and provide a dollar amount for these losses. Please provide documentation of your losses if available. Additional pages may be attached)*

Wachovia Bank Line of Credit Account # 2000023659588 – $700,000.00

Wachovia Bank Cashier Check – $100,000.00

Wachovia Bank check #1419 – $50,000.00

Bank United Check – $50,000.00

Bank United check #186 – $30,000.00

*(Check if appropriate)*
___ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $_____. The name, address, and phone number of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
_12_ day of _November_, _2010_

_Reinaldo Roman_ _(305)824-8951_ _____
*(Print name and phone number)* *(Signature)*

| 2/13 | 12,500.00 | Revocación por cheque devuelto DEPOSITED ITEM RETURNED ADV # 648481 | |
| 2/25 | 700.00 | Retiro por ATM las 24 hs WITHDRAWAL   MIAMI LAKES 15615 NW 67TH AVE MIAMI LAKES | |
| 2/26 | 100,000.00 | Retiro por ventanilla COUNTER WITHDRAWAL | |
| 3/02 | 43,651.00 | Protección contra sobregiro OVERDRAFT PROTECTION TRANSFER TO   003 | 10100338889 |
| 3/03 | 2,499.00 | Protección contra sobregiro OVERDRAFT PROTECTION TRANSFER TO   003 | 10100338889 |
| 3/04 | 634.00 | Protección contra sobregiro OVERDRAFT PROTECTION TRANSFER TO   003 | 10100338883 |
| 3/05 | 110.00 | Protección contra sobregiro OVERDRAFT PROTECTION TRANSFER TO   003 | 10100338834 |

*Otros retiros y cargos por servicios continúa en la página siguiente*





241180

PAGE 2

1-877-779-BANK (2265)
www.bankunited.com

2008

PAY TO THE ORDER OF
WACHOVIA BANK N.A.
FOR DEPOSIT ONLY
LISA FELIX JEWELRY
DESIGNS CORP
XXXXX1231

# ⊷BankUnited

**☎** 1-877-779-BANK (2265)
www.bankunited.com

REINALDO ROMAN
7483 NW 167 ST
HIALEAH FL  33015

```
                              SUMMARY OF YOUR ACTIVITY
                              STATEMENT DATE       NOV 10 08
                              STATEMENT NUMBER     743006038
                              BEGINNING BALANCE     26639.88
                              DEPOSIT AMOUNT    +    4000.00
                              WITHDRAWAL AMOUNT -   30000.00
                              SERVICE CHARGE    -        .00

                              ENDING BALANCE    =     639.88


                              DEBITS              1
```

24179

---

EFFECTIVE 1/1/09, A $15 PER MONTH
FEE WILL BE CHARGED FOR DORMANT
ACCOUNTS. AN ACCOUNT IS DORMANT
AFTER 24 MONTHS OF NO ACTIVITY.

---

```
CHECKING ACCOUNT #        074-3006038                        BALANCE SUMMARY
ACTIVITY BEGINNING        OCT 14 08    WITHDRAWALS   DEPOSITS        $   26639.88
OCT 15   DEPOSIT  MIAMI LAKES                        4000.00  OCT 15 $   30639.88
OCT 16   CHECK NUMBER     166            30000.00             OCT 16 $     639.88
```

### CHECKS PAID ON YOUR ACCOUNT

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|-------|------|--------|-------|------|--------|-------|------|--------|
| 166 | 10/16 | 30000.00 | | | | | | |

THE AVERAGE BALANCE FOR  074-3006038 IN THIS STATEMENT PERIOD WAS  $     2639.88



---

### SUMMARY OF YOUR DEPOSIT ACCOUNTS

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | ACCOUNT BALANCE | MATURITY DATE |
|---------------------|----------------|-----------------|---------------|
| CHK/N.O.W. ACCOUNT | 074-3006038 | $     639.88 | |
| TOTAL OF YOUR DEPOSIT ACCOUNTS | | $     639.88 | |

# **BankUnited**

BankUnited

● 1-877-779-BANK (2265)
www.bankunited.com

743006038                          11/10/2008                          PAGE   2



0166                          10/16/2008                          30,000.00





# Estado de cuenta consolidado

01          1010033883924      036   330          0     9          2,887



00000766 02 AT  0.471 02    3DG 3

REINALDO ROMAN
MARIBEL ROMAN                                    PB
7483 NW 167 STREET
HIALEAH FL 33015

**Del 2/13/2009 al 3/13/2009**

# Resumen de cuentas

## Cuentas corrientes y de ahorros



| Número de cuenta | Cuenta | Saldo | A partir de | Tasa de interés | Fecha de vencimiento |
|---|---|---|---|---|---|
| 1010033883924 | CROWN BANKING | 6,500.63 | 3/13 | | |
| 1010161624097 | HIGH PERFORMANCE MMI | 18,644.33 | 3/13 | | |
| **Total** | | **$25,144.96** | | | |



# Estado de cuenta consolidado

| 02 | 1010033883924 | 036 | 330 | 0 | 9 | 2,888 |

**WACHOVIA**

Del 2/13/2009 al 3/13/2009

# Cuenta Crown Banking

Número de cuenta:        1010033883924
Titular(es) de la cuenta:   REINALDO ROMAN
                            MARIBEL ROMAN

## Resumen de cuenta

| | |
|---|---:|
| Saldo inicial 2/13 | $12,555.12 |
| Depósitos y otros créditos | 79,609.00 + |
| Interés pagado | 0.17 + |
| Cheques | 71,182.59 - |
| Cheques automatizados | 2,249.27 - |
| Otros retiros y cargos por servicios | 12,231.80 - |
| **Saldo de cierre 3/13** | **$6,500.63** |

## Depósitos y otros créditos

| Fecha | Monto | Descripción |
|---|---:|---|
| 2/26 | 21,000.00 | Depósito por ventanilla<br>COUNTER DEPOSIT |
| 3/02 | 43,651.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER FROM 003    1010161624097 |
| 3/03 | 2,499.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER FROM 003    1010161624097 |
| 3/04 | 634.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER FROM 003    1010161624097 |
| 3/05 | 110.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER FROM 003    1010161624097 |
| 3/06 | 5,000.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER FROM 003    1010161624097 |
| 3/10 | 215.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER FROM 003    1010161624097 |
| 3/12 | 6,500.00 | Depósito por ventanilla<br>COUNTER DEPOSIT |
| 3/13 | 0.17 | Pago de intereses<br>INTEREST FROM 02/13/2009 THROUGH 03/13/2009 |
| **Total** | **$79,609.17** | |



# Estado de cuenta consolidado

04        1010033883924    036  330         0    9         2,890

**WACHOVIA**

## Cuenta Crown Banking

### Cheques automatizado *continuación*

| Número | Monto | Fecha | Descripción |
|---|---|---|---|
| 1803 | 34.00 | 2/17 | Cheque automatizado<br>AUTOMATED CHECK  UNITED AME       INS PYMT<br>CO. ID. 1731128555 090217 ARC<br>MISC 1803 |
| 1826 | 159.34 | 2/27 | Cheque automatizado<br>AUTOMATED CHECK  DIRECTV INC        CHECKPYMT<br>CO. ID. 1954321465 090227 ARC<br>MISC 1826 |
| 1830 | 149.50 | 3/03 | Cheque automatizado<br>AUTOMATED CHECK  AT&T SERVICES    CHECKPAYMT<br>CO. ID. 1742782655 090303 ARC<br>MISC 1830 |
| 1832 | 892.22 | 3/02 | Cheque automatizado<br>AUTOMATED CHECK  AT&T MOBILITY    CHECK PYMT<br>CO. ID. 2004020401 090302 ARC<br>MISC 1832 |
| 1835 | 110.54 | 3/04 | Cheque automatizado<br>AUTOMATED CHECK  STATE FARM RO 27  PYMT<br>CO. ID. 9000307003 090304 ARC<br>MISC 1835 |
| 1836 | 32.00 | 3/04 | Cheque automatizado<br>AUTOMATED CHECK  STATE FARM RO 27  PYMT<br>CO. ID. 9000307003 090304 ARC<br>MISC 1836 |
| 1837 | 84.40 | 3/04 | Cheque automatizado<br>AUTOMATED CHECK  STATE FARM RO 27  PYMT<br>CO. ID. 9000307003 090304 ARC<br>MISC 1837 |

| Total | $2,249.27 |
|---|---|

## Otros retiros y cargos por servicios

| Fecha | Monto | Descripción |
|---|---|---|
| 2/13 | 10.00 | Cargo por revocación de cheque depositado<br>DEPOSITED ITEM RETURNED FEE |
| 2/13 | 50.00 | Compra con tarjeta Check Card<br>PURCHASE      DC TRAIL GLADES RA        02/12<br>4828537131559    MIAMI      FL 9018V261504 |
| 2/13 | 6,500.00 | Revocación por cheque devuelto<br>DEPOSITED ITEM RETURNED<br>ADV # 648458 |
| 2/17 | 19.49 | Compra con tarjeta Check Card<br>PURCHASE     CVS 1277 6690 EAGLE NES  02/15<br>MIAMI LAKES  FL 9018I321385 |

*Otros retiros y cargos por servicios continúa en la página siguiente*

# Estado de cuenta consolidado

**WACHOVIA**

05        1010033883924     036  330          0    9        2,891

Del 2/13/2009 al 3/13/2009

# Cuenta Crown Banking

## Otros retiros y cargos por servicios        *continuación*

| Fecha | Monto | Descripción |
|---|---|---|
| 2/17 | 20.03 | Compra con tarjeta Check Card<br>PURCHASE   SUNOCO SVC STATION   02/12<br>4828537131559   MIAMI      FL 9018V250007 |
| 2/17 | 29.95 | Compra con tarjeta Check Card<br>PURCHASE    NST SEARS ROEBUCK 6326 02/16<br>HIALEAH    FL 9018I904241 |
| 2/17 | 30.01 | Compra con tarjeta Check Card<br>PURCHASE    CHEVRON 00202635      02/16<br>4828537131559   HIALEAH    FL 9018V254903 |
| 2/17 | 30.96 | Compra con tarjeta Check Card<br>PURCHASE    RUBY TUESDAY #7734      02/15<br>4828537131559   MIAMI LAKES FL 9018V246503 |
| 2/17 | 40.65 | Compra con tarjeta Check Card<br>PURCHASE    SUNSHINE 122        02/14<br>4828537131559   MIAMI      FL 9018V287390 |
| 2/17 | 44.96 | Compra con tarjeta Check Card<br>PURCHASE    ITALY TODAY        02/14<br>4828537131559   MIAMI LAKES FL 9018V271180 |
| 2/17 | 85.60 | Compra con tarjeta Check Card<br>PURCHASE    DC TRAIL GLADES RA    02/14<br>4828537131559   MIAMI      FL 9018V271604 |
| 2/17 | 181.90 | Compra con tarjeta Check Card<br>PURCHASE    MACY'S / FL 008 1777 WE 02/13<br>WESTLAND    FL 9018I826229 |
| 2/18 | 12.98 | Compra con tarjeta Check Card<br>PURCHASE    NAVARRO #18        02/17<br>MIAMI LAKES FL 9018I351704 |
| 2/19 | 8.62 | Compra con tarjeta Check Card<br>PURCHASE    WINN DIXIE 15450 NW 77 02/18<br>HIALEAH    FL 9018I939244 |
| 2/19 | 25.00 | Compra con tarjeta Check Card<br>PURCHASE    DC TRAIL GLADES RA    02/18<br>4828537131559   MIAMI      FL 9018V231504 |
| 2/19 | 73.58 | Compra con tarjeta Check Card<br>PURCHASE    CVS 2897 15395 82ND AVE 02/18<br>MIAMI     FL 9018I632959 |
| 2/23 | 15.03 | Compra con tarjeta Check Card<br>PURCHASE    FIVE Y INC        02/21<br>4828537131559   MIAMI      FL 9018V267390 |
| 2/23 | 28.75 | Compra con tarjeta Check Card<br>PURCHASE    MARKHAM PARK TARGE    02/22<br>4828537131559   SUNRISE    FL 9018V291180 |
| 2/23 | 66.08 | Compra con tarjeta Check Card<br>PURCHASE    CANCUN GRILL INC      02/21<br>4828537131559   MIAMI LAKES FL 9018V221180 |

*Otros retiros y cargos por servicios continúa en la página siguiente*






# Estado de cuenta consolidado

**WACHOVIA**

06        1010033883924      036   330          0      9        2,892

Del 2/13/2009 al 3/13/2009

## Cuenta Crown Banking

### Otros retiros y cargos por servicios        *continuación*

| Fecha | Monto | Descripción |
|---|---|---|
| 2/23 | 118.65 | Compra con tarjeta Check Card<br>PURCHASE    BJ'S WHOLESALE #17      02/21<br>4828537131559    HIALEAH    FL 9018V256575 |
| 2/24 | 97.01 | Compra con tarjeta Check Card<br>PURCHASE    WINN DIXIE 15450 NW 77  02/23<br>HIALEAH    FL 9018I845669 |
| 2/25 | 17.11 | Compra con tarjeta Check Card<br>PURCHASE    ADVANCE AUTO PARTS      02/23<br>4828537131559    MIAMI GARDEN FL 9018V226660 |
| 2/25 | 40.00 | Compra con tarjeta Check Card<br>PURCHASE    WEST PALMETTO CITG      02/23<br>4828537131559    HIALEAH    FL 9018V250040 |
| 2/25 | 158.36 | Compra con tarjeta Check Card<br>PURCHASE    SOU GUESS RETAIL ST8300 02/24<br>MIAMI    FL 9018I644917 |
| 2/25 | 407.12 | Compra con tarjeta Check Card<br>PURCHASE    MACY'S / FL 008 1777 WE 02/24<br>WESTLAND    FL 9018I611794 |
| 2/26 | 50.00 | Compra con tarjeta Check Card<br>PURCHASE    DC TRAIL GLADES RA      02/25<br>4828537131559    MIAMI    FL 9018V231505 |
| 2/27 | 44.43 | Compra con tarjeta Check Card<br>PURCHASE    EL PIMIENTO      02/25<br>4828537131559    MIAMI LAKES FL 9018V289800 |
| 3/02 | 12.00 | Compra con tarjeta Check Card<br>PURCHASE    CHIVAS EXPRESS RES      02/28<br>4828537131559    MIAMI    FL 9018V244615 |
| 3/02 | 18.16 | Compra con tarjeta Check Card<br>PURCHASE    PUBLIX 13850 SW 8TH ST  02/27<br>MIAMI    FL 9018I627008 |
| 3/02 | 23.01 | Compra con tarjeta Check Card<br>PURCHASE    SUNSHINE 122      02/27<br>4828537131559    MIAMI    FL 9018V297390 |
| 3/02 | 27.00 | Compra con tarjeta Check Card<br>PURCHASE    CAFE NOSH      02/27<br>4828537131559    MIAMI    FL 9018V259000 |
| 3/02 | 29.64 | Compra con tarjeta Check Card<br>PURCHASE    ARIES SUPERMARKET # 1   02/27<br>HIALEAH    FL 9018I387131 |
| 3/02 | 69.53 | Compra con tarjeta Check Card<br>PURCHASE    TAHA SHOES      02/28<br>4828537131559    MIAMI    FL 9018V231605 |
| 3/02 | 73.31 | Compra con tarjeta Check Card<br>PURCHASE    GUESS #7024      02/27<br>4828537131559    HIALEAH    FL 9018V240040 |

*Otros retiros y cargos por servicios continúa en la página siguiente*



# Estado de cuenta consolidado

| 07 | 1010033883924 | 036 330 | 0 | 9 | 2,893 |
|----|---------------|---------|---|---|-------|

WACHOVIA

Del 2/13/2009 al 3/13/2009

# Cuenta Crown Banking

## Otros retiros y cargos por servicios      *continuación*



| Fecha | Monto | Descripción |
|-------|-------|-------------|
| 3/02 | 100.49 | Compra con tarjeta Check Card<br>PURCHASE     MODA XPRESS -HIALEAH     02/27<br>HIALEAH     FL 9018I912719 |
| 3/02 | 198.42 | Compra con tarjeta Check Card<br>PURCHASE     NAVARRO #18             02/28<br>MIAMI LAKES  FL 9018I083105 |
| 3/02 | 287.83 | Compra con tarjeta Check Card<br>PURCHASE     MACY'S / FL 008 1777 WE 02/28<br>WESTLAND     FL 9018I937230 |
| 3/02 | 294.25 | Compra con tarjeta Check Card<br>PURCHASE     SUNGLASS HUT  6000      02/28<br>4828537131559     HIALEAH     FL 9018V265530 |
| 3/02 | 391.89 | Compra con tarjeta Check Card<br>PURCHASE     BASS PRO SHOPS         02/28<br>4828537131559     DANIA      FL 9018V232810 |
| 3/02 | 2,500.00 | Retiro por ventanilla<br>COUNTER WITHDRAWAL |
| **Total** | **$12,231.80** | |

# Cuenta High Performance Money Market

| | |
|---|---|
| Número de cuenta: | 1010161624097 |
| Titular(es) de la cuenta: | REINALDO ROMAN |
| | MARIBEL ROMAN |

## Resumen de cuenta

| | |
|---|---|
| Saldo inicial 2/13 | $146,436.91 |
| Depósitos y otros créditos | 37,500.00 + |
| Interés pagado | 26.42 + |
| Otros retiros y cargos por servicios | 165,319.00 - |
| **Saldo de cierre 3/13** | **$18,644.33** |



# Estado de cuenta consolidado

**WACHOVIA**

08        1010033883924   036   330        0      9        2,894

Del 2/13/2009 al 3/13/2009

# Cuenta High Performance Money Market
## Depósitos y otros créditos

| Fecha | Monto | Descripción |
|---|---|---|
| 2/25 | 25,000.00 | Depósito por ventanilla<br>COUNTER DEPOSIT |
| 3/12 | 12,500.00 | Depósito por ventanilla<br>COUNTER DEPOSIT |
| 3/13 | 26.42 | Pago de intereses<br>INTEREST FROM 02/13/2009 THROUGH 03/13/2009 |
| **Total** | **$37,526.42** | |

## Interés

| | |
|---|---|
| Número de días para este período del estado de cuenta | 29 |
| Porcentaje anual de rendimiento devengado | 0.46% |
| Interés devengado durante este período del estado de cuenta | $26.42 |
| Interés pagado durante este período del estado de cuenta | $26.42 |
| Interés pagado durante este año | $142.58 |

## Otros retiros y cargos por servicios

| Fecha | Monto | Descripción |
|---|---|---|
| 2/13 | 10.00 | Cargo por revocación de cheque depositado<br>DEPOSITED ITEM RETURNED FEE |
| 2/13 | 12,500.00 | Revocación por cheque devuelto<br>DEPOSITED ITEM RETURNED<br>ADV # 648481 |
| 2/25 | 700.00 | Retiro por ATM las 24 hs<br>WITHDRAWAL   MIAMI LAKES         02/25<br>15615 NW 67TH AVE MIAMI LAKES  FL 9018W008154 |
| 2/26 | 100,000.00 | Retiro por ventanilla<br>COUNTER WITHDRAWAL |
| 3/02 | 43,651.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER  TO  003    1010033883924 |
| 3/03 | 2,499.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER  TO  003    1010033883924 |
| 3/04 | 634.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER  TO  003    1010033883924 |
| 3/05 | 110.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER  TO  003    1010033883924 |

*Otros retiros y cargos por servicios continúa en la página siguiente*



# Estado de cuenta consolidado

09        1010033883924    036  330        0    9        2,895

**WACHOVIA**

Del 2/13/2009 al 3/13/2009

## Cuenta High Performance Money Market

### Otros retiros y cargos por servicios        *continuación*

| Fecha | Monto | Descripción |
|-------|-------|-------------|
| 3/06 | 5,000.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER TO 003    1010033883924 |
| 3/10 | 215.00 | Protección contra sobregiro<br>OVERDRAFT PROTECTION<br>TRANSFER TO 003    1010033883924 |
| **Total** | **$165,319.00** | |



---

**WACHOVIA BANK, N.A. , HIALEAH**                                           pagina 9 de 12



# Estado de cuenta consolidado

WACHOVIA

10        1010033883924      036   330        0     9        2,896

Del 2/13/2009 al 3/13/2009

## Información de servicio al cliente

| | Número de teléfono | Dirección |
|---|---|---|
| Cuentas corrientes y de ahorros, tarjetas Check Card y tarjetas ATM | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION NC8502 |
| TDD (Para las personas con problemas auditivos) | 800-922-4684 800-388-2234 | P O BOX 563966 |
| En español para cuentas corrientes y de ahorros | 800-326-8977 | CHARLOTTE NC 28256-3966 |
| Banco por correo (sólo depósitos) | | WACHOVIA BANK, NATIONAL ASSOCIATION VA3289 P O BOX 26090 RICHMOND VA 23260-6090 |
| Cuentas de préstamos al consumidor | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION VA0343 P O BOX 13327 ROANOKE VA 24040-0343 |

## Para llevar el saldo de su cuenta

| | Haga una lista de los cheques y retiros pendientes | | | |
|---|---|---|---|---|
| 1. Compare su registro con su estado de cuenta para ver las transacciones no registradas (tales como ATM, Check Card, interés devengado, cargos, etc.). Su nuevo registro total de cuenta debería coincidir con el saldo ajustado en la línea 6 a continuación. | Nº Ch. | Monto | Nº Ch. | Monto |
| 2. Escriba el saldo de cierre que aparece al frente de su estado de cuenta. _____ | | | | |
| 3. Escriba cualquier depósito que haya realizado desde la fecha de este estado de cuenta. _____ | | | | |
| | | | | |
| 4. Sume los montos mencionados anteriormente en los pasos 2 y 3. _____ | | | | |
| 5. En la sección de la derecha, haga una lista del total de todos los cheques y retiros que haya realizado y que no estén reportados en su estado de cuenta. Escriba el total aquí. _____ | | | | |
| 6. Reste el monto de la línea 5 del monto de la línea 4. Éste es su saldo ajustado y debería coincidir con el saldo del paso 1. _____ | | Total | | |

**En caso de errores o dudas acerca de las transferencias electrónicas:** Llámenos a 800-WACHOVIA, 800-922-4684, opción 7, o escríbanos a WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, tan pronto como le sea posible, si cree que su estado de cuenta o recibo está equivocado o si necesita más información acerca de una transferencia que aparece en el estado de cuenta o recibo. Debemos recibir su notificación a más tardar 60 días después de que le enviamos el PRIMER estado de cuenta en el que aparece el error o el problema.
1. Díganos su nombre y número de cuenta (si lo tiene).
2. Describa el error o la transferencia de la que no está seguro y explíquenos tan claramente como sea posible porqué cree que es un error o porqué necesita más información.
3. Mencione el monto en dólares del supuesto error.
Investigaremos su reclamo y corregiremos cualquier error rápidamente. Si nos toma más de 10 días hábiles, le acreditaremos a su cuenta el monto que usted cree está equivocado. Podrá usar el dinero durante el tiempo que nos tome concluir nuestra investigación.

WACHOVIA BANK, N.A. Y WACHOVIA BANK OF DELAWARE, N.A. SON MIEMBROS DE LA FDIC

# Estado de cuenta consolidado

**WACHOVIA**

11        1010033883924   036      330        0        9        2,897

Del 02/13/2009  al  03/13/2009



REF#1650804110    PAGADO   02/25        111.25



REF#1758182480    PAGADO   03/02      50000.00



REF#4634958566    PAGADO   03/02       5000.00



REF#4635055698    PAGADO   03/03        870.00



REF#6813229597    PAGADO   02/17        132.83



REF#1351525530    PAGADO   02/17       1478.88



REF#6652417650    PAGADO   02/17        110.00



REF#3236159069    PAGADO   02/26        183.20



REF#0350491510    PAGADO   03/05         50.00



REF#4634816389    PAGADO   03/02       6000.00



# Estado de cuenta consolidado

| 12 | 1010033883924 | 036 | 330 | 0 | 9 | 2,898 |

Del 02/13/2009  al  03/13/2009



REF#0354067430   PAGADO   03/06   5000.00



REF#1151055370   PAGADO   03/04   128.00



REF#1654395590   PAGADO   03/04   193.80



REF#0155685080   PAGADO   03/03   1478.88



REF#0952072750   PAGADO   03/05   60.00



REF#1459032330   PAGADO   03/04   85.75



REF#2316538182   PAGADO   03/02   300.00