UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**SENTENCING MINUTES**

CASE NO: 10CR 20411   DATE/TIME: 12-2-10 @ 9:00 am

Presiding Judge PAUL C. HUCK   RPTR: Patricia Sanders   CLERK: Evelyn Williams

DEFT: Luis Felipe Perez   DEFT. COUNSEL: Alvin Entin

AUSA: Andrew Levi   USPO: Janice Smith   Interpreter: Spanish

*concurrent w/ sentence in 10CR 20584*

**JUDGMENT AND SENTENCE**: Total of 120 months. The Term consists of,

AS TO COUNT(S) 1   **IMPRISONMENT** FOR 120 months

AS TO COUNT(S) ___   **IMPRISONMENT** FOR ___

AS TO COUNT(S) ___   **IMPRISONMENT** FOR ___

AS TO COUNT(S) ___   **IMPRISONMENT** FOR ___

AS TO COUNT(S) ___   **IMPRISONMENT** FOR ___

Note: 500 hr substance abuse + SFL where appropriate + available

(X) Standard Conditions Imposed   (✓) Fine $0   (✓) ASSESSMENT $100

(X) Special Conditions imposed: substance abuse, financial disclosure, No New debt restriction, self-employment restriction, restitution, home confine 24 months / after 12 months may move the ct for early termination

( ) Restitution: $5,719,500.00

(✓) Preliminary Order of Forfeiture incorporated

( ) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY

(X) SUPERVISED RELEASE TERM: 5 years concurrent w/r 10CR 20584

( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205(C) FOR STUDY AND REPORT AS DESCRIBED BY 18:4205(C)

( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE: ___

(✓) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE

( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER/APPEAL

( ) BOND ON APPEAL SET AT ___

(X) COMMUNITY SERVICE HOURS: PER YEAR OF SUPERVISED RELEASE
   If Defendant employed full time: 400   If Defendant Unemployed: 1,400
   If Defendant employed part-time: 1, pro-rata
   All community service hours performed on an annual basis (i.e. no carry-over)