1
2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

3
4

**CASE NUMBER 10-20584-CR-HUCK/O'SULLIVAN**
**CASE NUMBER 10-20411-CR-HUCK/O'SULLIVAN**

5   **UNITED STATES OF AMERICA,**                    **ATKINS BUILDING**

6                              Plaintiff,            **MIAMI, FLORIDA**
7              vs.

8   **LUIS FELIPE PEREZ,**                           **SEPTEMBER 23, 2010**

                               Defendant.            **{Pages 1 - 35}**
9   _____

10                              **PLEA COLLOQUY**
          **BEFORE THE HONORABLE JOHN J. O'SULLIVAN**
11              **UNITED STATES MAGISTRATE JUDGE**

12   _____

     <u>**APPEARANCES:**</u>
13

14   **FOR THE UNITED STATES:**

                               **ANDREW K. LEVI, A.U.S.A.**
15                             *United States Attorney's Office*
                               99 N.E. 4th Street
                               Miami, FL  33132
16                             T: 305.961.9273; F: 305.530.7976

17                             andrew.levi@usdoj.gov

18   **FOR THE DEFENDANT:**

                               **ALVIN ERNEST ENTIN, ESQ.**
                               *Entin & Della Fera*
19                             110 SE 6th Street
                               Fort Lauderdale, FL  33301
20                             T: 954.761.7201; F: 954.764.2443

                               aentin@hotmail.com
21

     **REPORTED BY:**
22
                               **JILL MICHELLE HARDY-HOBBS, CCR, FPR**
                               *Official United States Court Reporter*
23                             400 North Miami Avenue, Suite 08S33
                               Miami, FL  33128
24                             T: 305.523.5022

                               jill_hardy-hobbs@flsd.uscourts.gov
25

1        **THE COURT SECURITY OFFICER:**  Please rise.

2        **THE COURT:**  Mr. Levi, where have you been?  We have

3   another hearing at 10:00 o'clock.  I've got a hearing at 10:30,

4   11:00, 11:30.

5        **MR. LEVI:**  I'm sorry, Judge.  I apologize.  I was

6   delayed.  I had problems with my car, and that's what happened.

7        **THE COURT:**  You should get someone else to cover you.

8   You know I wouldn't care if I didn't have anything --

9        **MR. LEVI:**  Yeah.  I apologize.

10       **THE COURT:**  -- but I've got hearings all backed up

09:53  11   here.  Okay.  We're here today in the case of United States of

09:53  12   America versus Luis Felipe Perez, case number -- two case

09:53  13   numbers, 10-CR-20411-Judge Huck and 10-CR-20584-Judge Huck.

09:53  14       Can I have appearances for the Government first.

09:53  15       **MR. LEVI:**  Andrew Levi for the United States.  Good

09:54  16   morning, Your Honor.

09:54  17       **THE COURT:**  Thanks.  Okay.  And who's here for the

09:54  18   defendant?

09:54  19       **MR. ENTIN:**  Good morning, Your Honor.  Alvin Entin on

09:54  20   behalf of Luis Perez.  Mr. Perez is present.

09:54  21       **THE COURT:**  Okay.  Thank you, Mr. -- thank you, Mr.

09:54  22   Perez.

09:54  23       **MR. ENTIN:**  May we be seated, Judge?

09:54  24       **THE COURT:**  Yeah.  My courtroom deputy indicated

09:54  25   you're having some back problems.

September 23, 2010

09:54    1          **MR. ENTIN:**  Yes, sir.

09:54    2          **THE COURT:**  Okay.  You can remain seated along with

09:54    3      your client during the plea.  Okay.  Mr. Entin, does your

09:54    4      client wish to enter a plea as to each of these indictments?

09:54    5          **MR. ENTIN:**  Yes, Your Honor.  At this point we would

09:54    6      like to withdraw our previously entered plea of not guilty to

09:54    7      the information as well as the indictment, both of which are

09:54    8      covered in the plea agreement that I've given the deputy clerk

09:54    9      to pass on to the Court.

09:54   10          **THE COURT:**  Okay.  Good.  All right.  Mr. Perez, would

09:54   11      you stand and raise your right hand, please.

09:54   12          **LUIS FELIPE PEREZ, DEFENDANT, SWORN.**

09:54   13          **THE COURT:**  All right, sir.  You can be seated and

09:54   14      answer questions.  Tell me your full name, sir.

09:54   15          **THE DEFENDANT:**  Luis Felipe Perez.

09:54   16          **THE COURT:**  Okay.  Do you understand that you're now

09:55   17      under oath and if you answer any of my questions falsely, your

09:55   18      answer may be later used against you in another prosecution for

09:55   19      perjury or making a false statement?

09:55   20          **THE DEFENDANT:**  Yes, I do, Your Honor.

09:55   21          **THE COURT:**  Okay.  Do you understand English well?

09:55   22          **THE DEFENDANT:**  Yes.  Perfect.

09:55   23          **THE COURT:**  Okay.  Good.  How old are you, sir?

09:55   24          **THE DEFENDANT:**  38.

09:55   25          **THE COURT:**  And where were you born?

PLEA COLLOQUY

09:55  1          THE DEFENDANT:  Havana, Cuba.

09:55  2          THE COURT:  And are you a citizen of the United

09:55  3  States?

09:55  4          THE DEFENDANT:  Yes, I am.

09:55  5          THE COURT:  How far did you go in school?

09:55  6          THE DEFENDANT:  High school and college.

09:55  7          THE COURT:  And where did you attend high school and

09:55  8  college?

09:55  9          THE DEFENDANT:  Hialeah, Miami Lakes Senior High and

09:55 10  Miami-Dade Community College.

09:55 11          THE COURT:  Okay.  Have you ever been treated for any

09:55 12  mental illness or addiction to narcotic drugs of any kind?

09:55 13          MR. ENTIN:  Judge, there was an incident approximately

09:55 14  June or July of '09 when everything that's the subject of the

09:55 15  information and indictment were coming to a head where Mr.

09:55 16  Perez became very, very depressed.  His family Baker Acted him,

09:55 17  and he was Baker Acted for a short period of time and

09:55 18  thereafter released.  Other than that I think his answer will

09:55 19  be no.

09:55 20          THE COURT:  Okay.  Other than what Mr. Entin's advised

09:56 21  me of is there any other time you've been treated for a mental

09:56 22  illness or addiction to narcotic drugs?

09:56 23          THE DEFENDANT:  No, sir.

09:56 24          THE COURT:  No?  Are you feeling okay today?

09:56 25          THE DEFENDANT:  Yes, I am.

September 23, 2010

PLEA COLLOQUY

09:56 1      **THE COURT:**  Are you suffering from any kind of mental

09:56 2  illness today that you're aware of?

09:56 3      **THE DEFENDANT:**  No.

09:56 4      **THE COURT:**  Are you currently under the influence of

09:56 5  any prescription drug, narcotic, medication, or alcoholic

09:56 6  beverage of any kind?

09:56 7      **THE DEFENDANT:**  No, Your Honor.

09:56 8      **THE COURT:**  Are you currently under the care and

09:56 9  treatment of any physician?

09:56 10      **THE DEFENDANT:**  No.

09:56 11      **THE COURT:**  No?  Have you taken any drugs, medication,

09:56 12  or alcohol in the last 48 hours?

09:56 13      **THE DEFENDANT:**  I take my blood pressure medicine and

09:56 14  my cholesterol medicine every day.

09:56 15      **THE COURT:**  Okay.  And does that affect your thought

09:56 16  process at all or your ability to understand what's happening

09:56 17  today?

09:56 18      **THE DEFENDANT:**  No, Your Honor.

09:56 19      **THE COURT:**  Okay.  Mr. Entin, in your opinion is the

09:56 20  defendant competent to enter a plea of guilty?

09:56 21      **MR. ENTIN:**  Yes, Your Honor, he is.

09:56 22      **THE COURT:**  Okay.  And, Mr. Levi, in your opinion is

09:56 23  the defendant competent to enter a plea of guilty?

09:56 24      **MR. LEVI:**  Yes, Your Honor.

09:56 25      **THE COURT:**  Okay.  Good.  All right.  Mr. Perez, I'm a

09:56  1  Magistrate Judge.  There's another Judge that's assigned in

09:56  2  this case who is Judge Huck.  Judge Huck is a District Court

09:57  3  Judge.  He's appointed by the President for life.  I'm

09:57  4  appointed by the Court for an eight-year term.

09:57  5       You have the absolute right to have these proceedings,

09:57  6  that is your guilty plea, conducted by a District Court Judge.

09:57  7  I've been advised by Judge Huck's office that you all have

09:57  8  consented to me conducting this plea hearing.  Have you

09:57  9  discussed that with your attorney?

09:57 10       THE DEFENDANT:  Yes, I have.

09:57 11       THE COURT:  Okay.  Good.  And do you understand that I

09:57 12  will not be the sentencing Judge but rather that will be most

09:57 13  likely Judge Huck, the District Court Judge, who's assigned to

09:57 14  this case?

09:57 15       THE DEFENDANT:  Yes, I understand that.

09:57 16       THE COURT:  Okay.  And he'll make all the findings and

09:57 17  rulings concerning the appropriate sentence.  Do you understand

09:57 18  that?

09:57 19       THE DEFENDANT:  Yes, I do.

09:57 20       THE COURT:  Okay.  And he'll have the sentencing

09:57 21  hearing as well?

09:57 22       THE DEFENDANT:  Yes.

09:57 23       THE COURT:  Okay.  And you do not have to permit me,

09:57 24  that is a Magistrate Judge, to conduct this hearing.  And you

09:57 25  can require that the change of plea hearing be conducted only

09:57  1    by a United States District Court Judge, and that would not be

09:57  2    used against you in any fashion.  Do you understand that?

09:57  3              THE DEFENDANT:  Yes, I do.

09:57  4              THE COURT:  Okay.  And, Mr. Entin, do you consent to

09:58  5    me taking this plea in this matter?

09:58  6              MR. ENTIN:  Yes, Your Honor, I do.

09:58  7              THE COURT:  Okay.  And, Mr. Perez, do you consent as

09:58  8    well?

09:58  9              THE DEFENDANT:  Yes.

09:58  10             THE COURT:  All right.  And, Mr. Levi, does the United

09:58  11   States consent to me conducting this plea hearing?

09:58  12             MR. LEVI:  Yes, Your Honor.

09:58  13             THE COURT:  Okay.  Good.  All right, sir.  Have you

09:58  14   received a copy of the information and indictments pending

09:58  15   against you --

09:58  16             THE DEFENDANT:  Yes.

09:58  17             THE COURT:  -- in these two cases?

09:58  18             THE DEFENDANT:  Yes, I am, Your Honor.

09:58  19             THE COURT:  Okay.  And have you fully discussed those

09:58  20   charges and each of these cases in general with Mr. Entin as

09:58  21   your counsel?

09:58  22             THE DEFENDANT:  Yes.

09:58  23             THE COURT:  Have you discussed possible defense

09:58  24   strategies with your attorney?

09:58  25             THE DEFENDANT:  Yes, we have.

09:58   1       THE COURT:  Are you fully satisfied with the counsel

09:58   2   representation and advice given to you in this case by your

09:58   3   attorney?

09:58   4       THE DEFENDANT:  Yes, I am, Your Honor.

09:58   5       THE COURT:  Is there anything concerning your

09:58   6   representation that you are not satisfied with?

09:58   7       THE DEFENDANT:  No.

09:58   8       THE COURT:  Is your willingness to plead guilty the

09:58   9   result of discussions that you or your attorney have had the

09:58   10  with the attorney for the Government?

09:58   11      THE DEFENDANT:  Yes, Your Honor.

09:58   12      THE COURT:  Okay.  Count I of the information in case

09:58   13  Number 10-20411 charges you with on or about January 20th, 2006,

09:59   14  committing security fraud in violation of 155 U.S.C. § 78j(b)

09:59   15  and 78ff(a) as well as 17 C.F.R. § 240.10(b)(5).

09:59   16      Counts II through VI of the information also charge

09:59   17  you with committing security fraud on five different occasions

09:59   18  from on or about April 5th, 2007, to on or about November 18th,

09:59   19  2008.

09:59   20      If I understand the plea agreement, you've agreed to

09:59   21  plead guilty to Count I of this information?  Yes?

09:59   22      THE DEFENDANT:  Yes, Your Honor.

09:59   23      THE COURT:  Okay.  Do you understand that charge?

09:59   24      THE DEFENDANT:  Yes, I do, Your Honor.

09:59   25      THE COURT:  Do you understand that if you went to

PLEA COLLOQUY

09:59 1    trial, the Government would have to prove beyond a reasonable

09:59 2    doubt that on or about January 20th, 2006, in Miami-Dade County

09:59 3    and elsewhere that you in connection with the purchase or sale

09:59 4    of securities you either employed a device, scheme, or artifice

09:59 5    to defraud, made an untrue statement or material omission of

10:00 6    fact or engaged in an act of fraud and deceit and that while

10:00 7    doing that you acted willfully and knowingly and with the

10:00 8    intent to defraud, and you used or caused to be used any means

10:00 9    or instrumentality of interstate commerce or the mails?

10:00 10            THE DEFENDANT:  Yes, Your Honor.

10:00 11            THE COURT:   Okay.  Do you understand that that count

10:00 12   carries with it a sentence of imprisonment of up to 20 years?

10:00 13            THE DEFENDANT:  Yes, Your Honor.

10:00 14            THE COURT:   Okay.  The term of supervised release that

10:00 15   would follow your imprisonment of up to three years?

10:00 16            THE DEFENDANT:  Yes, Your Honor.

10:00 17            THE COURT:   And a fine of up to 6 million or not more

10:00 18   than the greater of twice the gross scheme or loss resulting

10:00 19   from the offense alleged in Count I?

10:00 20            THE DEFENDANT:  Yes, Your Honor.

10:00 21            THE COURT:   And there's also a mandatory special

10:00 22   assessment in the amount of $100?

10:00 23            THE DEFENDANT:  Yes.

10:00 24            THE COURT:   Do you understand that Judge Huck or

10:00 25   whoever sentences you could impose a sentence with all of those

September 23, 2010

10:00   1   terms as I've described them to?

10:00   2          THE DEFENDANT:  Yes, Your Honor.

10:00   3          THE COURT:  Okay.  The second charge that I understand

10:00   4   you're pleading guilty to is Count I of the indictment in Case

10:00   5   Number 10-20584 which charges you with violating 18 U.S.C.

10:01   6   1349, by from in or around November 2005 through in or around

10:01   7   March 2008 conspiring to commit bank fraud in violation of 18

10:01   8   U.S.C. 1344?

10:01   9          THE DEFENDANT:  Yes, Your Honor.

10:01  10          THE COURT:  Okay.  And have you agreed to plead guilty

10:01  11   to that count, that is Count I of the indictment?

10:01  12          THE DEFENDANT:  Yes, Your Honor.

10:01  13          THE COURT:  Do you understand that charge?

10:01  14          THE DEFENDANT:  Yes, I do, Your Honor.

10:01  15          THE COURT:  Do you understand if you went to trial,

10:01  16   the Government would have to prove beyond a reasonable doubt

10:01  17   that from in or around November 2005 through in or around March

10:01  18   2008 in Miami-Dade County and elsewhere, you conspired to

10:01  19   execute or attempt to execute a scheme or artifice to defraud a

10:01  20   financial institution, that is Wells Fargo Bank, to obtain by

10:01  21   means of false or fraudulent pretenses, representations, or

10:01  22   promises any money or property owned by or under the custody

10:01  23   and control of Wells Fargo Bank and that you did so knowingly

10:01  24   and willfully?

10:01  25          MR. ENTIN:  Judge, only with the exception of the fact

September 23, 2010

10:02  1   that at that time Wells Fargo was Wachovia.

10:02  2          THE COURT:  Okay.  Wells Fargo was the predecessor of

10:02  3   Wachovia; is that correct?  I'm sorry.  Wachovia was

10:02  4   predecessor of Well Fargo?  Is that what you're saying?

10:02  5          MR. ENTIN:  Yes, Your Honor.

10:02  6          THE COURT:  Okay.

10:02  7          THE DEFENDANT:  I understand, Your Honor.

10:02  8          THE COURT:  Okay.  You understand that?

10:02  9          THE DEFENDANT:  Yes, Your Honor.

10:02 10          THE COURT:  So you agree that it was Wachovia which is

10:02 11   now called Wells Fargo?

10:02 12          THE DEFENDANT:  Correct.

10:02 13          THE COURT:  All right.  Good.  All right.  That count

10:02 14   of the indictment carries with it a sentence of imprisonment of

10:02 15   up to 30 years, a term of post-imprisonment, supervised release

10:02 16   of up to three years, a fine up to a million dollars or not

10:02 17   more than the greater of twice the gross gain or loss resulting

10:02 18   from the offense as alleged in that count as I described it to

10:02 19   you as well as a mandatory special assessment in the amount of

10:02 20   $100?  Do you understand all that?

10:02 21          THE DEFENDANT:  Yes, I do, Your Honor.

10:02 22          THE COURT:  Okay.  Do you also understand that the

10:02 23   Court could impose a sentence with each of those terms if you

10:02 24   plead guilty to Count I of that indictment?

10:02 25          THE DEFENDANT:  Yes, Your Honor.

PLEA COLLOQUY

10:02 1    THE COURT:  Okay.  Have you discussed the sentencing

10:02 2  guidelines with your attorney?

10:02 3    THE DEFENDANT:  Yes, we have.

10:02 4    THE COURT:  Do you understand the sentencing

10:02 5  guidelines will assign a score based on your offense and your

10:02 6  criminal history and that the Judge will then calculate the

10:03 7  applicable sentencing guideline range and consider that range

10:03 8  together with other appropriate factors in determining your

10:03 9  sentence?

10:03 10    THE DEFENDANT:  Yes, we have.

10:03 11    THE COURT:  Okay.  And do you understand the

10:03 12  sentencing guidelines are not mandatory but are advisory in

10:03 13  nature and can give you a sentence that is higher or lower than

10:03 14  the sentence suggested by the sentencing guidelines?

10:03 15    THE DEFENDANT:  Yes, Your Honor.

10:03 16    THE COURT:  And do you also understand that any

10:03 17  estimate of the sentence given to you by your attorney or

10:03 18  others is only an estimate and will not be determined by the

10:03 19  Court until the Court has reviewed the presentence

10:03 20  investigation report and heard from both you and the

10:03 21  Government?

10:03 22    THE DEFENDANT:  Yes, Your Honor.

10:03 23    THE COURT:  Okay.  Do you understand that you would

10:03 24  not be allowed to withdraw your plea of guilty as a result of

10:03 25  the sentence that you receive?

September 23, 2010

PLEA COLLOQUY

| | |
|---|---|
| 10:03  1 | **THE DEFENDANT:**  Yes, Your Honor, I understand. |
| 10:03  2 | **THE COURT:**  Okay.  Do you also understand that this |
| 10:03  3 | plea agreement has a waiver of your right to appeal the |
| 10:03  4 | sentence in this matter? |
| 10:03  5 | **THE DEFENDANT:**  Yes, Your Honor. |
| 10:04  6 | **THE COURT:**  Mr. Entin, this plea agreement -- this |
| 10:04  7 | signed plea agreement is the same one as you faxed to chambers? |
| 10:04  8 | **MR. ENTIN:**  No, Your Honor.  We had discussions over |
| 10:04  9 | the last two days with the Asset Forfeiture Division of the |
| 10:04 10 | U.S. Attorney's office and added a forfeiture provision which |
| 10:04 11 | would be on the last two pages of the agreement.  That was |
| 10:04 12 | subject to my discussions with Mr. Perez prior to receiving the |
| 10:04 13 | new plea agreement, so he was aware it was coming.  And we |
| 10:04 14 | signed off today on the agreement to forfeit the items that are |
| 10:04 15 | set forth in the forfeiture provision which are a number of |
| 10:04 16 | pieces of artwork by Cuban artists, a collision of Lladro |
| 10:04 17 | figurines, and furniture which is presently all stored in a |
| 10:04 18 | warehouse in Miami-Dade. |
| 10:04 19 | **THE COURT:**  Okay.  Do you understand in regards to an |
| 10:05 20 | appeal that you're waiving your right to appeal any sentence |
| 10:05 21 | imposed including any restitution order or to appeal the manner |
| 10:05 22 | in which the sentence was imposed unless the sentence exceeds |
| 10:05 23 | the maximum permitted by statute or as a result of an upward |
| 10:05 24 | departure or variance from the guideline range? |
| 10:05 25 | **THE DEFENDANT:**  Yes, Your Honor, I understand. |

September 23, 2010

10:05  1         **THE COURT:**  Okay.  Do you understand that if -- or if

10:05  2  the United States appeals your sentence that you'll then be

10:05  3  released from that waiver and be permitted to appeal your

10:05  4  sentence?

10:05  5         **THE DEFENDANT:**  Yes.

10:05  6         **THE COURT:**  Okay.  Do you have any questions about

10:05  7  that?

10:05  8         **THE DEFENDANT:**  No.  Not at this time, Your Honor.

10:05  9         **THE COURT:**  Have you talked to your attorney about it?

10:05 10         **THE DEFENDANT:**  Yes, I have.

10:05 11         **THE COURT:**  Okay.  All right.  I find the defendant

10:05 12  has specifically and knowingly waived his right to appeal the

10:05 13  sentence to be imposed in this case and that waiver is knowing

10:05 14  and voluntary.

10:05 15         Did you have an opportunity to read and discuss the

10:06 16  plea agreement with your attorney before you signed it?

10:06 17         **THE DEFENDANT:**  Yes, Your Honor.

10:06 18         **THE COURT:**  Do you understand the terms of the plea

10:06 19  agreement?

10:06 20         **THE DEFENDANT:**  Yes.

10:06 21         **THE COURT:**  Okay.  The plea agreement -- I'm going to

10:06 22  go over some of the terms in the plea agreement with you.  Do

10:06 23  you understand that the Government is agreeing that they'll

10:06 24  request that the Court reduce your sentencing guideline level

10:06 25  by two levels due to your acceptance of responsibility in this

PLEA COLLOQUY

10:06   1    matter?

10:06   2         THE DEFENDANT:  Yes, Your Honor, I understand.

10:06   3         THE COURT:  And if your guideline is greater than 16,

10:06   4    that they will recommend an additional one-point reduction

10:06   5    assuming that you give them full disclosure and you don't

10:06   6    misrepresent any facts or commit any misconduct between now and

10:06   7    your sentencing hearing?

10:06   8         THE DEFENDANT:  Yes, Your Honor, I understand.

10:06   9         THE COURT:  Okay.  The Government's also agreeing not

10:06   10   to recommend an upward departure from the guideline; however,

10:07   11   they will advise the Court of the nature of the offense, your

10:07   12   relevant offense conduct, and the background of the defendant?

10:07   13        THE DEFENDANT:  Yes, Your Honor.

10:07   14        THE COURT:  Okay.  Do you understand that the United

10:07   15   States is agreeing that it will recommend that any sentence you

10:07   16   receive in the first case, 10-20411, will run concurrent with

10:07   17   the sentence in the second case, 10-20584?

10:07   18        THE DEFENDANT:  Yes, Your Honor.

10:07   19        THE COURT:  So they're going to ask that the

10:07   20   securities fraud run concurrent with the bank fraud.  Do you

10:07   21   understand that?

10:07   22        THE DEFENDANT:  Yes, I do.

10:07   23        THE COURT:  Okay.  Do you understand that that's not

10:07   24   binding on the Court and that Judge Huck or whoever sentences

10:07   25   you will have the opportunity to sentence you to the maximum

PLEA COLLOQUY

10:07  1    amount under each count?

10:07  2            THE DEFENDANT:  Yes, Your Honor.

10:07  3            THE COURT:  Okay.  You also understand that the United

10:07  4    States and you and your attorney agree that although not

10:07  5    binding on probation or the Court that you'll jointly make a

10:07  6    recommendation that the total loss --

10:07  7            MR. ENTIN:  These figures encompass, Your Honor, both

10:07  8    cases, correct?

10:07  9            THE COURT:  Okay.  The total loss in both cases is

10:07 10    approximately $37 million?

10:07 11            THE DEFENDANT:  Yes, sir.

10:07 12            THE COURT:  And that the offenses involved

10:08 13    approximately 36 victims.  Do you understand that?

10:08 14            THE DEFENDANT:  Yes, Your Honor, I understand.

10:08 15            THE COURT:  That this offense involves sophisticated

10:08 16    means under the guidelines?

10:08 17            THE DEFENDANT:  Yes, Your Honor.

10:08 18            THE COURT:  And that you derived more than $1 million

10:08 19    in gross receipts from one or more financial institutions?

10:08 20            THE DEFENDANT:  Yes, Your Honor.

10:08 21            THE COURT:  Okay.  And that although you're making

10:08 22    that recommendation the Court is not bound by that

10:08 23    recommendation?  Although both you and Government is making

10:08 24    that recommendation the Court is not bound by it?

10:08 25            THE DEFENDANT:  Yes, Your Honor, I understand.

PLEA COLLOQUY

```
10:08   1        THE COURT:  Okay.  Do you also understand that if for
10:08   2   some reason you do withdraw your plea and the Court permits
10:08   3   that, that the U.S. Attorney's office will be released from its
10:08   4   obligations under the agreement?  And you understand also that
10:08   5   apparently you entered into a proffer letter agreement with the
10:08   6   United States attorney; that if you withdraw your plea, that
10:08   7   any statements made during plea negotiations or plea
10:08   8   discussions or any debriefings will be admissible against you
10:09   9   in a criminal or civil proceeding?
10:09  10        THE DEFENDANT:  Yes, I understand, Your Honor.
10:09  11        THE COURT:  Okay.  And it also finds that or you agree
10:09  12   that -- you stipulate to the admissibility and authenticity in
10:09  13   any case brought by the United States related to these facts in
10:09  14   any fashion to any documents being introduced at trial or at
10:09  15   any hearings?  Do you understand that?
10:09  16        THE DEFENDANT:  Yes, Your Honor, I understand.
10:09  17        THE COURT:  Okay.  You've also agreed to forfeit to
10:09  18   the United States all of your right, title, and interest in any
10:09  19   and all -- let me just take a look here to make sure I get this
10:09  20   right -- in any and all assets and their substitutes which are
10:09  21   subject to forfeiture and which are in the possession and
10:09  22   control of defendant including the following items:  a
10:09  23   collection of Lladro figurines, multiple pieces of Cuban
10:09  24   artwork, and various pieces of furniture?
10:09  25        THE DEFENDANT:  Yes, Your Honor.
```

10:09  1          THE COURT:  Okay.  And you also agree that those

10:09  2  assets represent property constituting or derived from proceeds

10:09  3  obtained directly or indirectly as a result of the violation

10:10  4  charged in the bank fraud case?

10:10  5          THE DEFENDANT:  Yes, Your Honor.

10:10  6          THE COURT:  Okay.  And you also understand that the

10:10  7  forfeit of any of these assets is not to be treated as

10:10  8  satisfaction or offset against any fine, restitution, cost of

10:10  9  imprisonment, or any other penalty the Court may impose on you?

10:10 10          THE DEFENDANT:  Yes, Your Honor, I understand.

10:10 11          THE COURT:  Okay.  Do you understand that -- well, do

10:10 12  you have any questions about any of the terms of the plea

10:10 13  agreement?

10:10 14          THE DEFENDANT:  No, sir; not right now.

10:10 15          THE COURT:  Have you discussed them in detail with

10:10 16  your attorney?

10:10 17          THE DEFENDANT:  Yes, I have.

10:10 18          THE COURT:  Okay.  If you have any questions -- you

10:10 19  say "not right now."  This is the time to ask them because once

10:10 20  you plead guilty --

10:10 21          THE DEFENDANT:  I don't have --

10:10 22          THE COURT:  -- it's a done deal.

10:10 23          THE DEFENDANT:  -- any questions, Your Honor.

10:10 24          THE COURT:  Okay.  Good.  Do you understand that the

10:10 25  terms of plea agreements are merely recommendations to the

10:10  1   Court and that the Court can reject the recommendations without

10:10  2   permitting you to withdraw your plea of guilty and can impose a

10:10  3   sentence that is more severe than the one that you may

10:10  4   anticipate?

10:10  5             **THE DEFENDANT:**  Yes, Your Honor.

10:10  6             **THE COURT:**  Okay.  Does the plea agreement represent

10:10  7   in its entirety any understanding you have with the Government?

10:11  8             **MR. ENTIN:**  No, Your Honor, it does not.

10:11  9             **THE COURT:**  What other understanding?

10:11  10           **MR. ENTIN:**  There's a separate letter agreement that

10:11  11   we entered into with the Government with reference to

10:11  12   cooperation and various other pending matters.  I have a copy

10:11  13   of that letter.  The Government does as well.

10:11  14           **THE COURT:**  Okay.  Does the Government want to expand

10:11  15   on that at all or -- what does that -- what in general does

10:11  16   that letter require?

10:11  17           **MR. LEVI:**  That letter states that the defendant is

10:11  18   cooperating with the Government, and the Government at the

10:11  19   completion of his cooperation in its sole discretion will

10:11  20   assess the nature and extent of his cooperation and make a

10:11  21   determination if the defendant will receive any credit either

10:11  22   at the time of sentencing or after the time of sentencing in

10:11  23   the form of a 5K or a Rule 35 reduction in the sentence.

10:11  24           **THE COURT:**  Okay.  Do you understand that, Mr. Perez?

10:11  25           **THE DEFENDANT:**  Yes, I understand.

PLEA COLLOQUY

10:11  1      THE COURT:  Do you understand that that's at the sole

10:11  2  discretion of the Government?  They're the ones who make that

10:11  3  decision whether or not to ask the Court to reduce your

10:12  4  sentence because of cooperation?

10:12  5      THE DEFENDANT:  Yes, I understand, Your Honor.

10:12  6      THE COURT:  Okay.  Good.

10:12  7      MR. ENTIN:  And there's one other additional

10:12  8  agreement, Your Honor; and that is that at the time of

10:12  9  sentencing the Government will agree that after the sentencing

10:12 10  the defendant will surrender himself voluntarily to the U.S.

10:12 11  Marshal to commence the start of whatever sentence he's given

10:12 12  at that time.

10:12 13      THE COURT:  Okay.

10:12 14      MR. ENTIN:  That may be affected right in the

10:12 15  courtroom, but that will be a voluntary surrender.

10:12 16      THE COURT:  Okay.

10:12 17      MR. LEVI:  That's fine, Judge.

10:12 18      THE COURT:  Is he's going to remain incarcerated?

10:12 19  He's incarcerated now, right?

10:12 20      MR. ENTIN:  Yes, Your Honor.  But the purpose of that

10:12 21  is to affect the security guideline --

10:12 22      THE COURT:  Oh, for BOP?

10:12 23      MR. ENTIN:  -- for the Bureau of Prisons.

10:12 24      THE COURT:  Okay.  All right.  Do you understand that

10:12 25  as well?

September 23, 2010

PLEA COLLOQUY

10:12 1      THE DEFENDANT:  Yes, I do, Your Honor.

10:12 2      THE COURT:  All right.  Good.  Any other agreements

10:12 3  you have with the Government?

10:12 4      THE DEFENDANT:  No, Your Honor.

10:12 5      THE COURT:  Okay.  Has anyone made any other or

10:12 6  different promises or assurances of any kind to you in an

10:12 7  effort to induce you to plead guilty in this case?

10:12 8      THE DEFENDANT:  No, Your Honor.

10:12 9      THE COURT:  Has anyone attempted in any way to force

10:13 10 you to plead guilty in this case?

10:13 11     THE DEFENDANT:  No, Your Honor.

10:13 12     THE COURT:  Are you pleading guilty of your own free

10:13 13 will because you are guilty?

10:13 14     THE DEFENDANT:  Yes, Your Honor.

10:13 15     THE COURT:  Do you understand the offense to which you

10:13 16 are pleading guilty is a felony offense?  And if your plea's

10:13 17 accepted, you'll be adjudged guilty of that offense and that

10:13 18 such adjudication may deprive you of valuable civil rights such

10:13 19 as the right to vote, the right to hold office, the right to

10:13 20 serve on a jury, the right to possess any kind of firearm?

10:13 21     THE DEFENDANT:  Yes, Your Honor, I understand.

10:13 22     THE COURT:  Do you also understand that an

10:13 23 adjudication of guilt could also affect your immigration status

10:13 24 or your ability to remain in or return to the United States?

10:13 25     THE DEFENDANT:  Yes, Your Honor.  As a United States

10:13   1   citizen?

10:13   2       **THE COURT:**  Well, that's something you'll have to talk

10:13   3   to your attorney.  There are occasions when -- if a

10:13   4   determination is made that you made a false statement, for

10:13   5   instance, on your application for citizenship that this could

10:13   6   affect your citizenship, your immigration status.

10:13   7       **THE DEFENDANT:**  Yes, Your Honor, I understand.

10:13   8       **THE COURT:**  Okay.  Do you understand that you have a

10:14   9   right to plead not guilty to any offense charged against you

10:14   10   and to persist in that plea?

10:14   11       **THE DEFENDANT:**  Yes, I understand.

10:14   12       **THE COURT:**  Do you understand that if you plead not

10:14   13   guilty, you would then have the right to a trial by jury?

10:14   14       **THE DEFENDANT:**  Yes, I understand that.

10:14   15       **THE COURT:**  Do you understand that at a trial you'd be

10:14   16   presumed to be innocent, and the Government would have to prove

10:14   17   your guilt beyond a reasonable doubt?

10:14   18       **THE DEFENDANT:**  Yes, Your Honor.

10:14   19       **THE COURT:**  And you'd have the right to the assistance

10:14   20   of counsel for your defense, the right to see and hear all the

10:14   21   witnesses, and the right to have them cross-examined in your

10:14   22   defense?

10:14   23       **THE DEFENDANT:**  Yes, Your Honor, I understand.

10:14   24       **THE COURT:**  That you would have the right to the

10:14   25   issuance of subpoenas or compulsory process to compel the

PLEA COLLOQUY

10:14  1   attendance of witnesses to testify in your defense?

10:14  2          **THE DEFENDANT:**  Yes, Your Honor.

10:14  3          **THE COURT:**  And that you'd have the right to decline

10:14  4   to testify unless you voluntarily elected to do so in your own

10:14  5   defense?

10:14  6          **THE DEFENDANT:**  Yes, Your Honor.

10:14  7          **THE COURT:**  And that if you decided not to testify,

10:14  8   your silence could not be used against you in any way and you

10:14  9   would retain the presumption of innocence?

10:14 10          **THE DEFENDANT:**  Yes, Your Honor.

10:14 11          **THE COURT:**  You further understand that if you enter a

10:14 12   plea of guilty, there will be no trial and you will have waived

10:14 13   or given up your right to a trial as well as those other rights

10:14 14   associated with the trial that I've just described?

10:14 15          **THE DEFENDANT:**  Yes, Your Honor.

10:14 16          **THE COURT:**  Do you also understand that in the plea

10:15 17   agreement you've agreed to give up all right, title, and

10:15 18   interest to all assets and their substitute subject to

10:15 19   forfeiture?

10:15 20          **THE DEFENDANT:**  Yes, Your Honor.

10:15 21          **THE COURT:**  Okay.  Including the items that we talked

10:15 22   about before?

10:15 23          **THE DEFENDANT:**  Yes, Your Honor.

10:15 24          **THE COURT:**  Do you understand that you have a right to

10:15 25   a separate jury trial on the forfeiture of assets?

24

PLEA COLLOQUY

10:15   1        **THE DEFENDANT:**  Yes, Your Honor, I understand.

10:15   2        **THE COURT:**  And do you understand the Government would

10:15   3   have to prove forfeiture by a preponderance of the evidence at

10:15   4   that trial?

10:15   5        **THE DEFENDANT:**  Yes, Your Honor.

10:15   6        **THE COURT:**  Do you understand that if you enter a plea

10:15   7   of guilty that you will have waived or given up your right to a

10:15   8   jury trial on the forfeiture of assets?

10:15   9        **THE DEFENDANT:**  Yes, Your Honor.

10:15   10       **THE COURT:**  Okay.  All right.  Mr. Levi, would you

10:15   11  please make a representation concerning the facts that you

10:15   12  would be prepared to prove if this matter went to trial.

10:15   13       **MR. LEVI:**  Yes, Your Honor.  If this matter were to

10:15   14  proceed to trial, the Government would prove the following:

10:15   15  that from approximately 2006 through mid-2009, Luis Felipe

10:15   16  Perez solicited funds from approximately 35 individuals in

10:15   17  exchange for promissory notes or oral loan agreements.

10:16   18       Perez sold one of these promissory notes on January

10:16   19  20th, 2006, for $550,000 to an investor whose initials are RR.

10:16   20  Perez falsely informed investors that they would be investing

10:16   21  in his jewelry business or in pawn shops that were located in

10:16   22  New York City.

10:16   23       In reality only a small portion of investor money was

10:16   24  used for Perez's jewelry business, and none of the money was

10:16   25  ever invested in pawn shops.

September 23, 2010

PLEA COLLOQUY

10:16  1        Perez also promised investors high returns from these
10:16  2  investments of between 2 to 10 percent monthly which would
10:16  3  result in 24 percent to 120 percent returns paid annually.

10:16  4        In reality Perez created an unsustainable Ponzi scheme
10:16  5  in which he used monies collected from new investors to pay the
10:16  6  returns promised to the earlier investors.

10:16  7        Perez also told investors that their funds would be
10:16  8  secured with diamonds that were placed in safety deposit boxes.
10:17  9  In reality the investments were not secured by diamonds.  And
10:17 10  to the extent that any purported diamonds were placed in safety
10:17 11  deposit boxes, they were fake.

10:17 12        When perspective investors told Perez that they did
10:17 13  not have the money available to invest with them, he referred
10:17 14  them to a certified public accountant named Berta Sanders.
10:17 15  Sanders then prepared fraudulent loan applications on behalf of
10:17 16  these investors which were submitted to Wachovia Bank.

10:17 17        These false loan applications contained false
10:17 18  information about the borrower's business, income, assets, and
10:17 19  accounts receivable.  Sanders also prepared false tax returns,
10:17 20  bank statements, and personal financial statements in
10:17 21  connection with the line of credit applications.  Once the
10:17 22  borrowers received the proceeds from the fraudulent loan
10:17 23  applications they invested most of the funds with Perez in his
10:17 24  Ponzi scheme.

10:18 25        When Perez's Ponzi scheme ultimately collapsed in May

PLEA COLLOQUY

10:18  1   of 2009, most of the fraudulent loans obtained from Wachovia

10:18  2   subsequently defaulted as well.  Most of Perez's investors

10:18  3   never recovered their investment while Perez made millions of

10:18  4   dollars and lived an extravagant lifestyle that included a

10:18  5   multi-million dollar home, expensive cars, and international

10:18  6   travel.  The loss created by Perez's participation in these

10:18  7   fraudulent activities is approximately $37 million.

10:18  8          THE COURT:  Okay.  All right.  Mr. Perez, you heard

10:18  9   the facts as described by the Government.  Are you in agreement

10:18 10   with the factual recitation made by the prosecutor?

10:18 11          MR. ENTIN:  Judge, substantially it's accurate.  We

10:18 12   would have -- we would disagree with the diamonds.  That was

10:18 13   with regard to a single investor, and it was after the

10:18 14   investment had already been made by months if not years.  And

10:19 15   it was shown to that investor to establish that there was still

10:19 16   an ability to continue to make payments; but other than that

10:19 17   one area, substantially it's accurate.

10:19 18          THE COURT:  Okay.  All right.  Mr. Perez, are you in

10:19 19   agreement with your attorney?  Other than the area about the

10:19 20   diamonds that you're in agreement with the factual recitation

10:19 21   made by the prosecutor?

10:19 22          THE DEFENDANT:  Yes, Your Honor.

10:19 23          THE COURT:  Okay.  And, Mr. Levi, you're in agreement

10:19 24   that without the diamonds that you still stated sufficient

10:19 25   facts to establish the offenses in this matter?

September 23, 2010

PLEA COLLOQUY

10:19  1        **MR. LEVI:**  Yes, Your Honor.

10:19  2        **THE COURT:**  Okay.  All right.  Is this your signature

10:19  3   as well on the back of the plea agreement?

10:19  4        **THE DEFENDANT:**  Yes, Your Honor.

10:19  5        **THE COURT:**  Okay.  Good.  All right.  How do you now

10:19  6   plead to the charge set forth in Count I of the information in

10:19  7   Case Number 10-20411?  Guilty or not guilty?

10:19  8        **THE DEFENDANT:**  Guilty.

10:19  9        **THE COURT:**  Okay.  And how do you now plead to the

10:19 10   charge set forth in Count I of the indictment in Case Number

10:19 11   10-20584, guilty or not guilty?

10:19 12        **THE DEFENDANT:**  Guilty.

10:19 13        **THE COURT:**  All right.  It's the finding of the Court

10:19 14   in this case that Luis Felipe Perez is fully competent and

10:20 15   capable of entering an informed plea; that Luis Felipe Perez is

10:20 16   aware of the nature of the charges and consequences of the plea

10:20 17   and that the plea of guilty is a knowing and voluntary plea

10:20 18   supported by an independent basis in fact containing each of

10:20 19   the essential elements of the offense.

10:20 20        The plea is, therefore, accepted.  And Mr. Perez will

10:20 21   be -- I will recommend that he be adjudicated guilty of each of

10:20 22   those counts by Judge Huck.

10:20 23        There's -- I'm going to order that a presentence

10:20 24   investigation report be prepared.  And sentencing will be set

10:20 25   for Thursday, December 2nd, 2010, at 9:00 o'clock.

September 23, 2010

PLEA COLLOQUY

10:20 1      So you understand that a presentence investigation

10:20 2  report will be prepared by the probation department to assist

10:20 3  the Judge in your sentencing?

10:20 4          THE DEFENDANT:  Yes, Your Honor.

10:20 5          THE COURT:  Okay.

10:20 6          THE DEFENDANT:  When will that be?

10:20 7          MR. ENTIN:  December 2nd.

10:20 8          THE DEFENDANT:  No.  That's the sentencing.

10:20 9          THE COURT:  Yeah.  The sentencing is December 2nd.

10:20 10  Probation will be in touch with you and your attorney shortly

10:20 11  to arrange an interview in order to prepare the report.

10:20 12          THE DEFENDANT:  Thank you, Your Honor.

10:21 13          THE COURT:  You'll be asked to give information for

10:21 14  the report, and you may have your attorney present with you if

10:21 15  you'd like to when you meet with probation.  The Court will

10:21 16  permit you and your attorney to read the presentence report

10:21 17  before the sentencing hearing, and you and your attorney will

10:21 18  be afforded the opportunity to speak on behalf of yourself at

10:21 19  the sentencing hearing.  Okay?

10:21 20          Do you have any questions for me, sir?

10:21 21          THE DEFENDANT:  No, Your Honor, I do not.

10:21 22          THE COURT:  Okay.  Thank you, Mr. Perez.  Good luck to

10:21 23  you.  Anything from either side --

10:21 24          MR. ENTIN:  No, Your Honor.  Thank you.

10:21 25          THE COURT:  -- in regards to the plea?

September 23, 2010

PLEA COLLOQUY

10:21   1          **MR. LEVI:**  No, Your Honor.

10:21   2          **THE COURT:**  Okay.  Government, at the sentencing

10:21   3   you're going to dismiss the remaining counts of the information

10:21   4   and indictment; is that correct?

10:21   5          **MR. LEVI:**  That's correct, Judge.

10:21   6          **THE COURT:**  Okay.  Good.  All right.  Anything else

10:21   7   for the Court?

10:21   8          **MR. ENTIN:**  No, Your Honor.

10:21   9          **THE COURT:**  Okay.  Thanks a lot.

10:21  10          **MR. LEVI:**  Thank you, Judge.  I apologize again.

10:21  11          **THE COURT:**  No problem.

10:21  12          **THE COURTROOM DEPUTY:**  Counsel, I'll get you copies of

10:21  13   the plea agreement, but I can't do it for you right this

10:21  14   minute.  I'll mail them or whatever you need.

      15          **(Concluded)**

      16                     C E R T I F I C A T E

      17

      18          I hereby certify that the foregoing is an accurate

      19   transcription of proceedings in the above-entitled matter.

      20

      21
          10-4-10                    /s/ Jill Michelle Hardy-Hobbs
      22   -------                    --------------------------------------
           DATE                       JILL MICHELLE HARDY-HOBBS, CCR, FPR
      23                              *OFFICIAL UNITED STATES COURT REPORTER*
                                      400 NORTH MIAMI AVENUE, SUITE 08S33
      24                              MIAMI, FL  33128
                                      305.523.5022
      25                              jill_hardy-hobbs@flsd.uscourts.gov

                          September 23, 2010

PLEA COLLOQUY

## $

**$100** [2] - 9:22, 11:20
**$37** [2] - 16:10, 26:7
**$550,000** [1] - 24:19

## '

**'09** [1] - 4:14

## /

**/s** [1] - 29:21

## 0

**08S33** [2] - 1:23, 29:24

## 1

**1** [2] - 1:8, 16:18
**10** [1] - 25:2
**10-20411** [3] - 8:13, 15:16, 27:7
**10-20411-CR-HUCK /O'SULLIVAN** [1] - 1:3
**10-20584** [3] - 10:5, 15:17, 27:11
**10-20584-CR-HUCK /O'SULLIVAN** [1] - 1:3
**10-4-10** [1] - 29:21
**10-CR-20584-Judge** [1] - 2:13
**10:00** [1] - 2:3
**10:30** [1] - 2:3
**110** [1] - 1:19
**11:00** [1] - 2:4
**11:30** [1] - 2:4
**120** [1] - 25:3
**1344** [1] - 10:8
**1349** [1] - 10:6
**155** [1] - 8:14
**16** [1] - 15:3
**17** [1] - 8:15
**18** [2] - 10:5, 10:7
**18th** [1] - 8:18
**1O-CR-20411-Judge** [1] - 2:13

## 2

**2** [1] - 25:2
**20** [1] - 9:12
**2005** [2] - 10:6, 10:17

**2006** [4] - 8:13, 9:2, 24:15, 24:19
**2007** [1] - 8:18
**2008** [2] - 8:19, 10:7, 10:18
**2009** [1] - 26:1
**2010** [1] - 1:7
**201O** [1] - 27:25
**20th** [3] - 8:13, 9:2, 24:19
**23** [1] - 1:7
**24** [1] - 25:3
**240.1O(b)(5)** [1] - 8:15
**2nd** [3] - 27:25, 28:7, 28:9

## 3

**30** [1] - 11:15
**305.523.5022** [2] - 1:24, 29:25
**305.530.7976** [1] - 1:16
**305.961.9273** [1] - 1:16
**33128** [2] - 1:24, 29:24
**33132** [1] - 1:18
**33301** [1] - 1:19
**35** [3] - 1:8, 19:23, 24:16
**36** [1] - 16:13
**38** [1] - 3:24

## 4

**400** [2] - 1:23, 29:23
**48** [1] - 5:12
**4th** [1] - 1:15

## 5

**5K** [1] - 19:23
**5th** [1] - 8:18

## 6

**6** [1] - 9:17
**6th** [1] - 1:19

## 7

**78ff(a** [1] - 8:15
**78j(b** [1] - 8:14

## 9

**954.761.7201** [1] - 1:20
**954.764.2443** [1] - 1:20
**99** [1] - 1:15
**9:00** [1] - 27:25

## A

**A.U.S.A** [1] - 1:14
**ability** [3] - 5:16, 21:24, 26:16
**above-entitled** [1] - 29:19
**absolute** [1] - 6:5
**acceptance** [1] - 14:25
**accepted** [2] - 21:17, 27:20
**accountant** [1] - 25:14
**accounts** [1] - 25:19
**accurate** [3] - 26:11, 26:17, 29:18
**act** [1] - 9:6
**Acted** [2] - 4:16, 4:17
**acted** [1] - 9:7
**activities** [1] - 26:7
**added** [1] - 13:10
**addiction** [2] - 4:12, 4:22
**additional** [2] - 15:4, 20:7
**adjudged** [1] - 21:17
**adjudicated** [1] - 27:21
**adjudication** [2] - 21:18, 21:23
**admissibility** [1] - 17:12
**admissible** [1] - 17:8
**advice** [1] - 8:2
**advise** [1] - 15:11
**advised** [2] - 4:20, 6:7
**advisory** [1] - 12:12
**aentin@hotmail. com** [1] - 1:20
**affect** [4] - 5:15, 20:21, 21:23, 22:6
**affected** [1] - 20:14
**afforded** [1] - 28:18
**agree** [5] - 11:10, 16:4, 17:11, 18:1, 20:9
**agreed** [4] - 8:20,

10:10, 17:17, 23:17
**agreeing** [3] - 14:23, 15:9, 15:15
**agreement** [25] - 3:8, 8:20, 13:3, 13:6, 13:7, 13:11, 13:13, 13:14, 14:16, 14:19, 14:21, 14:22, 17:4, 17:5, 18:13, 19:6, 19:10, 20:8, 23:17, 26:9, 26:19, 26:20, 26:23, 27:3, 29:13
**agreements** [3] - 18:25, 21:2, 24:17
**alcohol** [1] - 5:12
**alcoholic** [1] - 5:5
**alleged** [2] - 9:19, 11:18
**allowed** [1] - 12:24
**Alvin** [1] - 2:19
**ALVIN** [1] - 1:18
**America** [1] - 2:12
**AMERICA** [1] - 1:5
**amount** [3] - 9:22, 11:19, 16:1
**ANDREW** [1] - 1:14
**Andrew** [1] - 2:15
**andrew.levi@usdoj .gov** [1] - 1:16
**annually** [1] - 25:3
**answer** [4] - 3:14, 3:17, 3:18, 4:18
**anticipate** [1] - 19:4
**apologize** [3] - 2:5, 2:9, 29:10
**appeal** [6] - 13:3, 13:20, 13:21, 14:3, 14:12
**appeals** [1] - 14:2
**appearances** [2] - 1:12, 2:14
**applicable** [1] - 12:7
**application** [1] - 22:5
**applications** [4] - 25:15, 25:17, 25:21, 25:23
**appointed** [2] - 6:3, 6:4
**appropriate** [2] - 6:17, 12:8
**April** [1] - 8:18
**area** [2] - 26:17, 26:19
**arrange** [1] - 28:11
**artifice** [2] - 9:4, 10:19
**artists** [1] - 13:16
**artwork** [2] - 13:16, 17:24
**assess** [1] - 19:20

**assessment** [2] - 9:22, 11:19
**asset** [1] - 13:9
**assets** [7] - 17:20, 18:2, 18:7, 23:18, 23:25, 24:8, 25:18
**assign** [1] - 12:5
**assigned** [2] - 6:1, 6:13
**assist** [1] - 28:2
**assistance** [1] - 22:19
**associated** [1] - 23:14
**assuming** [1] - 15:5
**assurances** [1] - 21:6
**ATKINS** [1] - 1:5
**attempt** [1] - 10:19
**attempted** [1] - 21:9
**attend** [1] - 4:7
**attendance** [1] - 23:1
**attorney** [18] - 6:9, 7:24, 8:3, 8:9, 8:10, 12:2, 12:17, 14:9, 14:16, 16:4, 17:6, 18:16, 22:3, 26:19, 28:14, 28:16, 28:17
**Attorney's** [2] - 1:14, 13:10
**attorney's** [1] - 17:3
**authenticity** [1] - 17:12
**available** [1] - 25:13
**Avenue** [1] - 1:23
**AVENUE** [1] - 29:23
**aware** [3] - 5:2, 13:13, 27:16

## B

**backed** [1] - 2:10
**background** [1] - 15:12
**Baker** [4] - 4:16, 4:17
**bank** [4] - 10:7, 15:20, 18:4, 25:20
**Bank** [3] - 10:20, 10:23, 25:16
**based** [1] - 12:5
**basis** [1] - 27:18
**became** [1] - 4:16
**behalf** [3] - 2:20, 25:15, 28:18
**Berta** [1] - 25:14
**between** [2] - 15:6, 25:2
**beverage** [1] - 5:6

PLEA COLLOQUY

**beyond** [3] - 9:1, 10:16, 22:17
**binding** [2] - 15:24, 16:5
**blood** [1] - 5:13
**BOP** [1] - 20:22
**born** [1] - 3:25
**borrower's** [1] - 25:18
**borrowers** [1] - 25:22
**bound** [2] - 16:22, 16:24
**boxes** [2] - 25:8, 25:11
**brought** [1] - 17:13
**BUILDING** [1] - 1:5
**Bureau** [1] - 20:23
**business** [3] - 24:21, 24:24, 25:18
**BY** [1] - 1:21

**C**

**C.F.R** [1] - 8:15
**calculate** [1] - 12:6
**capable** [1] - 27:15
**car** [1] - 2:6
**care** [2] - 2:8, 5:8
**carries** [2] - 9:12, 11:14
**cars** [1] - 26:5
**case** [19] - 1:3, 2:11, 2:12, 6:2, 6:14, 8:2, 8:12, 10:4, 14:13, 15:16, 15:17, 17:13, 18:4, 21:7, 21:10, 27:7, 27:10, 27:14
**CASE** [1] - 1:3
**cases** [4] - 7:17, 7:20, 16:8, 16:9
**caused** [1] - 9:8
**certified** [1] - 25:14
**certify** [1] - 29:18
**chambers** [1] - 13:7
**change** [1] - 6:25
**charge** [6] - 8:16, 8:23, 10:3, 10:13, 27:6, 27:10
**charged** [2] - 18:4, 22:9
**charges** [4] - 7:20, 8:13, 10:5, 27:16
**cholesterol** [1] - 5:14
**citizen** [2] - 4:2, 22:1
**citizenship** [2] - 22:5, 22:6
**City** [1] - 24:22
**civil** [2] - 17:9, 21:18

**clerk** [1] - 3:8
**client** [2] - 3:3, 3:4
**collapsed** [1] - 25:25
**collected** [1] - 25:5
**collection** [1] - 17:23
**College** [1] - 4:10
**college** [2] - 4:6, 4:8
**collision** [1] - 13:16
**COLLOQUY** [1] - 1:10
**coming** [2] - 4:15, 13:13
**commence** [1] - 20:11
**commerce** [1] - 9:9
**commit** [2] - 10:7, 15:6
**committing** [2] - 8:14, 8:17
**Community** [1] - 4:10
**compel** [1] - 22:25
**competent** [3] - 5:20, 5:23, 27:14
**completion** [1] - 19:19
**compulsory** [1] - 22:25
**concerning** [3] - 6:17, 8:5, 24:11
**Concluded** [1] - 29:15
**concurrent** [2] - 15:16, 15:20
**conduct** [2] - 6:24, 15:12
**conducted** [2] - 6:6, 6:25
**conducting** [2] - 6:8, 7:11
**connection** [2] - 9:3, 25:21
**consent** [3] - 7:4, 7:7, 7:11
**consented** [1] - 6:8
**consequences** [1] - 27:16
**consider** [1] - 12:7
**conspired** [1] - 10:18
**conspiring** [1] - 10:7
**constituting** [1] - 18:2
**contained** [1] - 25:17
**containing** [1] - 27:18
**continue** [1] - 26:16
**control** [2] - 10:23, 17:22
**cooperating** [1] - 19:18

**cooperation** [4] - 19:12, 19:19, 19:20, 20:4
**copies** [1] - 29:12
**copy** [2] - 7:14, 19:12
**correct** [5] - 11:3, 11:12, 16:8, 29:4, 29:5
**cost** [1] - 18:8
**counsel** [4] - 7:21, 8:1, 22:20, 29:12
**count** [5] - 9:11, 10:11, 11:13, 11:18, 16:1
**Count** [8] - 8:12, 8:21, 9:19, 10:4, 10:11, 11:24, 27:6, 27:10
**counts** [2] - 27:22, 29:3
**Counts** [1] - 8:16
**County** [2] - 9:2, 10:18
**Court** [22] - 1:22, 3:9, 6:2, 6:4, 6:6, 6:13, 7:1, 11:23, 12:19, 14:24, 15:11, 15:24, 16:5, 16:22, 16:24, 18:9, 19:1, 20:3, 27:13, 28:15, 29:7
**court** [2] - 17:2, 19:1
**COURT** [146] - 1:1, 1:11, 2:1, 2:2, 2:7, 2:10, 2:17, 2:21, 2:24, 3:2, 3:10, 3:13, 3:16, 3:21, 3:23, 3:25, 4:2, 4:5, 4:7, 4:11, 4:20, 4:24, 5:1, 5:4, 5:8, 5:11, 5:15, 5:19, 5:22, 5:25, 6:11, 6:16, 6:20, 6:23, 7:4, 7:7, 7:10, 7:13, 7:17, 7:19, 7:23, 8:1, 8:5, 8:8, 8:12, 8:23, 8:25, 9:11, 9:14, 9:17, 9:21, 9:24, 10:3, 10:10, 10:13, 10:15, 11:2, 11:6, 11:8, 11:10, 11:13, 11:22, 12:1, 12:4, 12:11, 12:16, 12:23, 13:2, 13:6, 13:19, 14:1, 14:6, 14:9, 14:11, 14:18, 14:21, 15:3, 15:9, 15:14, 15:19, 15:23, 16:3, 16:9, 16:12, 16:15, 16:18, 16:21, 17:1, 17:11, 17:17, 18:1, 18:6, 18:11, 18:15, 18:18, 18:22, 18:24, 19:6, 19:9, 19:14, 19:24, 20:1, 20:6, 20:13, 20:16, 20:18, 20:22, 20:24, 21:2, 21:5, 21:9, 21:12, 21:15, 21:22, 22:2, 22:8, 22:12, 22:15, 22:19, 22:24, 23:3, 23:7, 23:11, 23:16, 23:21, 23:24, 24:2, 24:6, 24:10, 26:8, 26:18, 26:23, 27:2, 27:5, 27:9, 27:13, 28:5, 28:9, 28:13, 28:22, 28:25, 29:2, 29:6, 29:9, 29:11, 29:23
**courtroom** [2] - 2:24, 20:15
**COURTROOM** [1] - 29:12
**cover** [1] - 2:7
**covered** [1] - 3:8
**created** [2] - 25:4, 26:6
**credit** [2] - 19:21, 25:21
**criminal** [2] - 12:6, 17:9
**cross** [1] - 22:21
**cross-examined** [1] - 22:21
**Cuba** [1] - 4:1
**Cuban** [2] - 13:16, 17:23
**custody** [1] - 10:22

**D**

**Dade** [4] - 4:10, 9:2, 10:18, 13:18
**Date** [1] - 29:22
**days** [1] - 13:9
**deal** [1] - 18:22
**debriefings** [1] - 17:8
**deceit** [1] - 9:6
**December** [3] - 27:25, 28:7, 28:9
**decided** [1] - 23:7
**decision** [1] - 20:3
**decline** [1] - 23:3
**defaulted** [1] - 26:2
**defendant** [9] - 2:18, 5:20, 5:23, 14:11, 15:12, 17:22, 19:17, 19:21, 20:10
**Defendant** [1] - 1:8
**DEFENDANT** [111] -

**1:17, 3:12, 3:15, 3:20, 3:22, 3:24, 4:1, 4:4, 4:6, 4:9, 4:23, 4:25, 5:3, 5:7, 5:10, 5:13, 5:18, 6:10, 6:15, 6:19, 6:22, 7:3, 7:9, 7:16, 7:18, 7:22, 7:25, 8:4, 8:7, 8:11, 8:22, 8:24, 9:10, 9:13, 9:16, 9:20, 9:23, 10:2, 10:9, 10:12, 10:14, 11:7, 11:9, 11:12, 11:21, 11:25, 12:3, 12:10, 12:15, 12:22, 13:1, 13:5, 13:25, 14:5, 14:8, 14:10, 14:17, 14:20, 15:2, 15:8, 15:13, 15:18, 15:22, 16:2, 16:11, 16:14, 16:17, 16:20, 16:25, 17:10, 17:16, 17:25, 18:5, 18:10, 18:14, 18:17, 18:21, 18:23, 19:5, 19:25, 20:5, 21:1, 21:4, 21:8, 21:11, 21:14, 21:21, 21:25, 22:7, 22:11, 22:14, 22:18, 22:23, 23:2, 23:6, 23:10, 23:15, 23:20, 23:23, 24:1, 24:5, 24:9, 26:22, 27:4, 27:8, 27:12, 28:4, 28:6, 28:8, 28:12, 28:21
**defense** [5] - 7:23, 22:20, 22:22, 23:1, 23:5
**defraud** [3] - 9:5, 9:8, 10:19
**delayed** [1] - 2:6
**Della** [1] - 1:18
**department** [1] - 28:2
**departure** [2] - 13:24, 15:10
**deposit** [2] - 25:8, 25:11
**depressed** [1] - 4:16
**deprive** [1] - 21:18
**deputy** [2] - 2:24, 3:8
**DEPUTY** [1] - 29:12
**derived** [2] - 16:18, 18:2
**described** [4] - 10:1, 11:18, 23:14, 26:9
**detail** [1] - 18:15
**determination** [2] - 19:21, 22:4
**determined** [1] - 12:18

PLEA COLLOQUY

**determining** [1] - 12:8
**device** [1] - 9:4
**diamonds** [6] - 25:8, 25:9, 25:10, 26:12, 26:20, 26:24
**different** [2] - 8:17, 21:6
**directly** [1] - 18:3
**disagree** [1] - 26:12
**disclosure** [1] - 15:5
**discretion** [2] - 19:19, 20:2
**discuss** [1] - 14:15
**discussed** [5] - 6:9, 7:19, 7:23, 12:1, 18:15
**discussions** [4] - 8:9, 13:8, 13:12, 17:8
**dismiss** [1] - 29:3
**District** [4] - 6:2, 6:6, 6:13, 7:1
**DISTRICT** [2] - 1:1, 1:1
**division** [1] - 13:9
**DIVISION** [1] - 1:2
**documents** [1] - 17:14
**dollar** [1] - 26:5
**dollars** [2] - 11:16, 26:4
**done** [1] - 18:22
**doubt** [3] - 9:2, 10:16, 22:17
**drug** [1] - 5:5
**drugs** [3] - 4:12, 4:22, 5:11
**due** [1] - 14:25
**during** [2] - 3:3, 17:7

**E**

**effort** [1] - 21:7
**eight** [1] - 6:4
**eight-year** [1] - 6:4
**either** [3] - 9:4, 19:21, 28:23
**elected** [1] - 23:4
**elements** [1] - 27:19
**elsewhere** [2] - 9:3, 10:18
**employed** [1] - 9:4
**encompass** [1] - 16:7
**engaged** [1] - 9:6
**English** [1] - 3:21
**enter** [5] - 3:4, 5:20, 5:23, 23:11, 24:6
**entered** [3] - 3:6,

17:5, 19:11
**entering** [1] - 27:15
**ENTIN** [22] - 1:18, 2:19, 2:23, 3:1, 3:5, 4:13, 5:21, 7:6, 10:25, 11:5, 13:8, 16:7, 19:8, 19:10, 20:7, 20:14, 20:20, 20:23, 26:11, 28:7, 28:24, 29:8
**Entin** [7] - 1:18, 2:19, 3:3, 5:19, 7:4, 7:20, 13:6
**Entin's** [1] - 4:20
**entirety** [1] - 19:7
**entitled** [1] - 29:19
**ERNEST** [1] - 1:18
**ESQ** [1] - 1:18
**essential** [1] - 27:19
**establish** [2] - 26:15, 26:25
**estimate** [2] - 12:17, 12:18
**evidence** [1] - 24:3
**examined** [1] - 22:21
**exceeds** [1] - 13:22
**exception** [1] - 10:25
**exchange** [1] - 24:17
**execute** [2] - 10:19
**expand** [1] - 19:14
**expensive** [1] - 26:5
**extent** [1] - 19:20, 25:10
**extravagant** [1] - 26:4

**F**

**fact** [3] - 9:6, 10:25, 27:18
**factors** [1] - 12:8
**facts** [5] - 15:6, 17:13, 24:11, 26:9, 26:25
**factual** [2] - 26:10, 26:20
**fake** [1] - 25:11
**false** [6] - 3:19, 10:21, 22:4, 25:17, 25:19
**falsely** [2] - 3:17, 24:20
**family** [1] - 4:16
**far** [1] - 4:5
**Fargo** [6] - 10:20, 10:23, 11:1, 11:2, 11:4, 11:11
**fashion** [2] - 7:2, 17:14
**faxed** [1] - 13:7

**FELIPE** [2] - 1:7, 3:12
**Felipe** [2] - 2:12, 3:15, 24:15, 27:14, 27:15
**felony** [1] - 21:16
**Fera** [1] - 1:18
**figures** [1] - 16:7
**figurines** [2] - 13:17, 17:23
**financial** [3] - 10:20, 16:19, 25:20
**findings** [1] - 6:16
**fine** [4] - 9:17, 11:16, 18:8, 20:17
**firearm** [1] - 21:20
**first** [2] - 2:14, 15:16
**five** [1] - 8:17
**FL** [4] - 1:15, 1:19, 1:24, 29:24
**FLORIDA** [2] - 1:1, 1:6
**follow** [1] - 9:15
**following** [2] - 17:22, 24:14
**FOR** [2] - 1:13, 1:17
**force** [1] - 21:9
**foregoing** [1] - 29:18
**forfeit** [3] - 13:14, 17:17, 18:7
**forfeiture** [8] - 13:9, 13:10, 13:15, 17:21, 23:19, 23:25, 24:3, 24:8
**form** [1] - 19:23
**Fort** [1] - 1:19
**forth** [3] - 13:15, 27:6, 27:10
**fraud** [7] - 8:14, 8:17, 9:6, 10:7, 15:20, 18:4
**fraudulent** [5] - 10:21, 25:15, 25:22, 26:1, 26:7
**free** [1] - 21:12
**full** [2] - 3:14, 15:5
**fully** [3] - 7:19, 8:1, 27:14
**funds** [2] - 24:16, 25:7, 25:23
**furniture** [2] - 13:17, 17:24

**G**

**gain** [1] - 11:17
**general** [2] - 7:20, 19:15
**given** [6] - 3:8, 8:2, 12:17, 20:11, 23:13,

24:7
**Government** [21] - 2:14, 8:10, 9:1, 10:16, 12:21, 14:23, 16:23, 19:7, 19:11, 19:13, 19:14, 19:18, 20:2, 20:9, 21:3, 22:16, 24:2, 24:14, 26:9, 29:2
**Government's** [1] - 15:9
**greater** [2] - 9:18, 11:17, 15:3
**gross** [3] - 9:18, 11:17, 16:19
**guideline** [6] - 12:7, 13:24, 14:24, 15:3, 15:10, 20:21
**guidelines** [5] - 12:2, 12:5, 12:12, 12:14, 16:16
**guilt** [2] - 21:23, 22:17
**guilty** [30] - 3:6, 5:20, 5:23, 6:6, 8:8, 8:21, 10:4, 10:10, 11:24, 12:24, 18:20, 19:2, 21:7, 21:10, 21:12, 21:13, 21:16, 21:17, 22:9, 22:13, 23:12, 24:7, 27:7, 27:8, 27:11, 27:12, 27:17, 27:21

**H**

**hand** [2] - 3:11
**Hardy** [1] - 29:21
**HARDY** [2] - 1:22, 29:22
**Hardy-Hobbs** [1] - 29:21
**HARDY-HOBBS** [2] - 1:22, 29:22
**Havana** [1] - 4:1
**head** [1] - 4:15
**hear** [1] - 22:20
**heard** [2] - 12:20, 26:8
**hearing** [10] - 2:3, 6:8, 6:21, 6:24, 6:25, 7:11, 15:7, 28:17, 28:19
**hearings** [2] - 2:10, 17:15
**hereby** [1] - 29:18
**Hialeah** [1] - 4:9
**high** [3] - 4:6, 4:7, 25:1

**High** [1] - 4:9
**higher** [1] - 12:13
**himself** [1] - 20:10
**history** [1] - 12:6
**Hobbs** [1] - 29:21
**HOBBS** [2] - 1:22, 29:22
**hobbs@flsd. uscourts.gov** [2] - 1:25, 29:25
**hold** [1] - 21:19
**home** [1] - 26:5
**Honor** [86] - 2:16, 2:19, 3:5, 3:20, 5:7, 5:18, 5:21, 5:24, 7:6, 7:12, 7:18, 8:4, 8:11, 8:22, 8:24, 9:10, 9:13, 9:16, 9:20, 10:2, 10:9, 10:12, 10:14, 11:5, 11:7, 11:9, 11:21, 11:25, 12:15, 12:22, 13:1, 13:5, 13:8, 13:25, 14:8, 14:17, 15:2, 15:8, 15:13, 15:18, 16:2, 16:7, 16:14, 16:17, 16:20, 16:25, 17:10, 17:16, 17:25, 18:5, 18:10, 18:23, 19:5, 19:8, 20:5, 20:8, 20:20, 21:1, 21:4, 21:8, 21:11, 21:14, 21:21, 21:25, 22:7, 22:18, 22:23, 23:2, 23:6, 23:10, 23:15, 23:20, 23:23, 24:1, 24:5, 24:9, 24:13, 26:22, 27:1, 27:4, 28:4, 28:12, 28:21, 28:24, 29:1, 29:8
**HONORABLE** [1] - 1:10
**hours** [1] - 5:12
**Huck** [8] - 2:13, 6:2, 6:13, 9:24, 15:24, 27:22
**Huck's** [1] - 6:7

**I**

**II** [1] - 8:16
**illness** [3] - 4:12, 4:22, 5:2
**immigration** [2] - 21:23, 22:6
**impose** [4] - 9:25, 11:23, 18:9, 19:2
**imposed** [3] - 13:21, 13:22, 14:13

PLEA COLLOQUY

**imprisonment** [5] - 9:12, 9:15, 11:14, 11:15, 18:9
**incarcerated** [2] - 20:18, 20:19
**incident** [1] - 4:13
**included** [1] - 26:4
**including** [3] - 13:21, 17:22, 23:21
**income** [1] - 25:18
**independent** [1] - 27:18
**indicated** [1] - 2:24
**indictment** [8] - 3:7, 4:15, 10:4, 10:11, 11:14, 11:24, 27:10, 29:4
**indictments** [2] - 3:4, 7:14
**indirectly** [1] - 18:3
**individuals** [1] - 24:16
**induce** [1] - 21:7
**influence** [1] - 5:4
**information** [10] - 3:7, 4:15, 7:14, 8:12, 8:16, 8:21, 25:18, 27:6, 28:13, 29:3
**informed** [2] - 4:20, 27:15
**initials** [1] - 24:19
**innocence** [1] - 23:9
**innocent** [1] - 22:16
**instance** [1] - 22:5
**institution** [1] - 10:20
**institutions** [1] - 16:19
**instrumentality** [1] - 9:9
**intent** [1] - 9:8
**interest** [2] - 17:18, 23:18
**international** [1] - 26:5
**interstate** [1] - 9:9
**interview** [1] - 28:11
**introduced** [1] - 17:14
**invest** [1] - 25:13
**invested** [2] - 24:25, 25:23
**investigation** [3] - 12:20, 27:24, 28:1
**investing** [1] - 24:20
**investment** [2] - 26:3, 26:14
**investments** [2] - 25:2, 25:9
**investor** [4] - 24:19,

24:23, 26:13, 26:15
**investors** [8] - 24:20, 25:1, 25:5, 25:6, 25:7, 25:12, 25:16, 26:2
**involved** [1] - 16:12
**involves** [1] - 16:15
**issuance** [1] - 22:25
**items** [3] - 13:14, 17:22, 23:21

**J**

**January** [3] - 8:13, 9:2, 24:18
**jewelry** [2] - 24:21, 24:24
**jILL** [1] - 1:22
**Jill** [1] - 29:21
**JILL** [1] - 29:22
**jill_hardy** [2] - 1:25, 29:25
**jill_hardy-hobbs@ flsd.uscourts.gov** [2] - 1:25, 29:25
**JOHN** [1] - 1:10
**jointly** [1] - 16:5
**Judge** [25] - 2:5, 2:23, 4:13, 6:1, 6:2, 6:3, 6:6, 6:7, 6:12, 6:13, 6:24, 7:1, 9:24, 10:25, 12:6, 15:24, 20:17, 26:11, 27:22, 28:3, 29:5, 29:10
**JUDGE** [1] - 1:11
**July** [1] - 4:14
**June** [1] - 4:14
**jury** [4] - 21:20, 22:13, 23:25, 24:8

**K**

**kind** [5] - 4:12, 5:1, 5:6, 21:6, 21:20
**knowing** [2] - 14:13, 27:17
**knowingly** [3] - 9:7, 10:23, 14:12

**L**

**Lakes** [1] - 4:9
**last** [3] - 5:12, 13:9, 13:11
**Lauderdale** [1] - 1:19
**letter** [5] - 17:5, 19:10, 19:13, 19:16, 19:17
**level** [1] - 14:24

**levels** [1] - 14:25
**Levi** [3] - 2:15, 5:22, 7:10
**levi** [3] - 2:2, 24:10, 26:23
**LEVI** [13] - 1:14, 2:5, 2:9, 2:15, 5:24, 7:12, 19:17, 20:17, 24:13, 27:1, 29:1, 29:5, 29:10
**life** [1] - 6:3
**lifestyle** [1] - 26:4
**likely** [1] - 6:13
**line** [1] - 25:21
**lived** [1] - 26:4
**Lladro** [2] - 13:16, 17:23
**loan** [4] - 24:17, 25:15, 25:17, 25:22
**loans** [1] - 26:1
**located** [1] - 24:21
**look** [1] - 17:19
**loss** [5] - 9:18, 11:17, 16:6, 16:9, 26:6
**lower** [1] - 12:13
**luck** [1] - 28:22
**LUIS** [2] - 1:7, 3:12
**luis** [1] - 3:15
**Luis** [3] - 2:12, 2:20, 24:15, 27:14, 27:15

**M**

**MAGISTRATE** [1] - 1:11
**Magistrate** [2] - 6:1, 6:24
**mail** [1] - 29:14
**mails** [1] - 9:9
**mandatory** [3] - 9:21, 11:19, 12:12
**manner** [1] - 13:21
**March** [2] - 10:7, 10:17
**Marshal** [1] - 20:11
**material** [1] - 9:5
**matter** [7] - 7:5, 13:4, 15:1, 24:12, 24:13, 26:25, 29:19
**matters** [1] - 19:12
**maximum** [2] - 13:23, 15:25
**means** [3] - 9:8, 10:21, 16:16
**medication** [2] - 5:5, 5:11
**medicine** [2] - 5:13, 5:14
**meet** [1] - 28:15

**mental** [3] - 4:12, 4:21, 5:1
**merely** [1] - 18:25
**mIAMI** [1] - 1:2
**MIAMI** [3] - 1:6, 29:23, 29:24
**Miami** [8] - 1:15, 1:23, 1:24, 4:9, 4:10, 9:2, 10:18, 13:18
**Miami-Dade** [4] - 4:10, 9:2, 10:18, 13:18
**MICHELLE** [2] - 1:22, 29:22
**Michelle** [1] - 29:21
**mid-2009** [1] - 24:15
**million** [6] - 9:17, 11:16, 16:10, 16:18, 26:5, 26:7
**millions** [1] - 26:3
**minute** [1] - 29:14
**misconduct** [1] - 15:6
**misrepresent** [1] - 15:6
**money** [4] - 10:22, 24:23, 24:24, 25:13
**monies** [1] - 25:5
**monthly** [1] - 25:2
**months** [1] - 26:14
**morning** [2] - 2:16, 2:19
**most** [4] - 6:12, 25:23, 26:1, 26:2
**MR** [33] - 2:5, 2:9, 2:15, 2:19, 2:23, 3:1, 3:5, 4:13, 5:21, 5:24, 7:6, 7:12, 10:25, 11:5, 13:8, 16:7, 19:8, 19:10, 19:17, 20:7, 20:14, 20:17, 20:20, 20:23, 24:13, 26:11, 27:1, 28:7, 28:24, 29:1, 29:5, 29:8, 29:10
**multi** [1] - 26:5
**multi-million** [1] - 26:5
**multiple** [1] - 17:23

**N**

**N.E** [1] - 1:15
**name** [1] - 3:14
**named** [1] - 25:14
**narcotic** [3] - 4:12, 4:22, 5:5
**nature** [4] - 12:13, 15:11, 19:20, 27:16

**need** [1] - 29:14
**negotiations** [1] - 17:7
**never** [1] - 26:3
**new** [2] - 13:13, 25:5
**New** [1] - 24:22
**none** [1] - 24:24
**NORTH** [1] - 29:23
**North** [1] - 1:23
**notes** [2] - 24:17, 24:18
**November** [3] - 8:18, 10:6, 10:17
**number** [2] - 2:12, 13:15
**Number** [5] - 1:3, 8:13, 10:5, 27:7, 27:10
**NUMBER** [1] - 1:3
**numbers** [1] - 2:13

**O**

**o'clock** [2] - 2:3, 27:25
**O'SULLIVAN** [1] - 1:10
**oath** [1] - 3:17
**obligations** [1] - 17:4
**obtain** [1] - 10:20
**obtained** [2] - 18:3, 26:1
**occasions** [2] - 8:17, 22:3
**OF** [2] - 1:1, 1:5
**offense** [11] - 9:19, 11:18, 12:5, 15:11, 15:12, 16:15, 21:15, 21:16, 21:17, 22:9, 27:19
**offenses** [2] - 16:12, 26:25
**office** [4] - 6:7, 13:10, 17:3, 21:19
**Office** [1] - 1:14
**OFFICER** [1] - 2:1
**offset** [1] - 18:8
**old** [1] - 3:23
**omission** [1] - 9:5
**once** [2] - 18:19, 25:21
**one** [2] - 13:7, 15:4, 16:19, 19:3, 20:7, 24:18, 26:17
**one-point** [1] - 15:4
**ones** [1] - 20:2
**opinion** [2] - 5:19, 5:22
**opportunity** [3] -

PLEA COLLOQUY

14:15, 15:25, 28:18
**oral** [1] - 24:17
**order** [3] - 13:21, 27:23, 28:11
**own** [2] - 21:12, 23:4
**owned** [1] - 10:22

**P**

**pages** [1] - 13:11
**Pages** [1] - 1:8
**paid** [1] - 25:3
**participation** [1] - 26:6
**pass** [1] - 3:9
**pawn** [2] - 24:21, 24:25
**pay** [1] - 25:5
**payments** [1] - 26:16
**penalty** [1] - 18:9
**pending** [2] - 7:14, 19:12
**percent** [3] - 25:2, 25:3
**Perez** [26] - 2:12, 2:20, 2:22, 3:10, 3:15, 4:16, 5:25, 7:7, 13:12, 19:24, 24:16, 24:18, 24:20, 25:1, 25:4, 25:7, 25:12, 25:23, 26:3, 26:8, 26:18, 27:14, 27:15, 27:20, 28:22
**PEREZ** [2] - 1:7, 3:12
**Perez's** [4] - 24:24, 25:25, 26:2, 26:6
**Perfect** [1] - 3:22
**period** [1] - 4:17
**perjury** [1] - 3:19
**permit** [2] - 6:23, 28:16
**permits** [1] - 17:2
**permitted** [2] - 13:23, 14:3
**permitting** [1] - 19:2
**persist** [1] - 22:10
**personal** [1] - 25:20
**perspective** [1] - 25:12
**physician** [1] - 5:9
**pieces** [3] - 13:16, 17:23, 17:24
**placed** [2] - 25:8, 25:10
**Plaintiff** [1] - 1:6
**plea** [41] - 3:3, 3:4, 3:6, 3:8, 5:20, 5:23, 6:6, 6:8, 6:25, 7:5, 7:11, 8:20, 12:24,

13:3, 13:6, 13:7, 13:13, 14:16, 14:18, 14:21, 14:22, 17:2, 17:6, 17:7, 18:12, 18:25, 19:2, 19:6, 22:10, 23:12, 23:16, 24:6, 27:3, 27:15, 27:16, 27:17, 27:20, 28:25, 29:13
**PLEA** [1] - 1:10
**plea's** [1] - 21:16
**plead** [11] - 8:8, 8:21, 10:10, 11:24, 18:20, 21:7, 21:10, 22:9, 22:12, 27:6, 27:9
**pleading** [3] - 10:4, 21:12, 21:16
**point** [2] - 3:5, 15:4
**Ponzi** [3] - 25:4, 25:24, 25:25
**portion** [1] - 24:23
**possess** [1] - 21:20
**possession** [1] - 17:21
**possible** [1] - 7:23
**post** [1] - 11:15
**post-imprisonment** [1] - 11:15
**predecessor** [2] - 11:2, 11:4
**prepare** [1] - 28:11
**prepared** [5] - 24:12, 25:15, 25:19, 27:24, 28:2
**preponderance** [1] - 24:3
**prescription** [1] - 5:5
**present** [2] - 2:20, 28:14
**presentence** [4] - 12:19, 27:23, 28:1, 28:16
**presently** [1] - 13:17
**President** [1] - 6:3
**pressure** [1] - 5:13
**presumed** [1] - 22:16
**presumption** [1] - 23:9
**pretenses** [1] - 10:21
**previously** [1] - 3:6
**Prisons** [1] - 20:23
**probation** [4] - 16:5, 28:2, 28:10, 28:15
**problem** [1] - 29:11
**problems** [2] - 2:6, 2:25
**proceed** [1] - 24:14
**proceeding** [1] - 17:9
**PROCEEDINGS** [1] -

1:10
**proceedings** [2] - 6:5, 29:19
**proceeds** [2] - 18:2, 25:22
**process** [2] - 5:16, 22:25
**profer** [1] - 17:5
**promised** [2] - 25:1, 25:6
**promises** [2] - 10:22, 21:6
**promissory** [2] - 24:17, 24:18
**property** [2] - 10:22, 18:2
**prosecution** [1] - 3:18
**prosecutor** [2] - 26:10, 26:21
**prove** [6] - 9:1, 10:16, 22:16, 24:3, 24:12, 24:14
**provision** [2] - 13:10, 13:15
**public** [1] - 25:14
**purchase** [1] - 9:3
**purported** [1] - 25:10
**purpose** [1] - 20:20

**Q**

**questions** [7] - 3:14, 3:17, 14:6, 18:12, 18:18, 18:23, 28:20

**R**

**raise** [1] - 3:11
**range** [3] - 12:7, 13:24
**rather** [1] - 6:12
**read** [2] - 14:15, 28:16
**reality** [3] - 24:23, 25:4, 25:9
**reason** [1] - 17:2
**reasonable** [3] - 9:1, 10:16, 22:17
**receipts** [1] - 16:19
**receivable** [1] - 25:19
**receive** [3] - 12:25, 15:16, 19:21
**received** [2] - 7:14, 25:22
**receiving** [1] - 13:12
**recitation** [2] - 26:10,

26:20
**recommend** [4] - 15:4, 15:10, 15:15, 27:21
**recommendation** [4] - 16:6, 16:22, 16:23, 16:24
**recommendations** [2] - 18:25, 19:1
**recovered** [1] - 26:3
**reduce** [1] - 14:24, 20:3
**reduction** [1] - 15:4, 19:23
**reference** [1] - 19:11
**referred** [1] - 25:13
**regard** [1] - 26:13
**regards** [2] - 13:19, 28:25
**reject** [1] - 19:1
**related** [1] - 17:13
**release** [2] - 9:14, 11:15
**released** [3] - 4:18, 14:3, 17:3
**relevant** [1] - 15:12
**remain** [3] - 3:2, 20:18, 21:24
**remaining** [1] - 29:3
**report** [6] - 12:20, 27:24, 28:2, 28:11, 28:14, 28:16
**REPORTED** [1] - 1:21
**REPORTER** [1] - 29:23
**Reporter** [1] - 1:22
**represent** [2] - 18:2, 19:6
**representation** [3] - 8:2, 8:6, 24:11
**representations** [1] - 10:21
**request** [1] - 14:24
**require** [2] - 6:25, 19:16
**responsibility** [1] - 14:25
**restitution** [2] - 13:21, 18:8
**result** [5] - 8:9, 12:24, 13:23, 18:3, 25:3
**resulting** [2] - 9:18, 11:17
**retain** [1] - 23:9
**return** [1] - 21:24
**returns** [4] - 25:1, 25:3, 25:6, 25:19
**reviewed** [1] - 12:19

**rights** [2] - 21:18, 23:13
**rise** [1] - 2:1
**RR** [1] - 24:19
**Rule** [1] - 19:23
**rulings** [1] - 6:17
**run** [2] - 15:16, 15:20

**S**

**safety** [2] - 25:8, 25:10
**sale** [1] - 9:3
**Sanders** [3] - 25:14, 25:15, 25:19
**satisfaction** [1] - 18:8
**satisfied** [2] - 8:1, 8:6
**scheme** [6] - 9:4, 9:18, 10:19, 25:4, 25:24, 25:25
**school** [3] - 4:5, 4:6, 4:7
**score** [1] - 12:5
**SE** [1] - 1:19
**seated** [3] - 2:23, 3:2, 3:13
**second** [2] - 10:3, 15:17
**secured** [1] - 25:8, 25:9
**securities** [1] - 9:4, 15:20
**security** [3] - 8:14, 8:17, 20:21
**SECURITY** [1] - 2:1
**see** [1] - 22:20
**Senior** [1] - 4:9
**sentence** [24] - 6:17, 9:12, 9:25, 11:14, 11:23, 12:9, 12:13, 12:14, 12:17, 12:25, 13:4, 13:20, 13:22, 14:2, 14:4, 14:13, 15:15, 15:17, 15:25, 19:3, 19:23, 20:4, 20:11
**sentences** [2] - 9:25, 15:24
**sentencing** [20] - 6:12, 6:20, 12:1, 12:4, 12:7, 12:12, 12:14, 14:24, 15:7, 19:22, 20:9, 27:24, 28:3, 28:8, 28:9, 28:17, 28:19, 29:2
**separate** [2] - 19:10, 23:25

PLEA COLLOQUY

**SEPTEMBER** [1] - 1:7

**serve** [1] - 21:20
**set** [4] - 13:15, 27:6, 27:10, 27:24
**severe** [1] - 19:3
**shops** [2] - 24:21, 24:25
**short** [1] - 4:17
**shortly** [1] - 28:10
**shown** [1] - 26:15
**side** [1] - 28:23
**signature** [1] - 27:2
**signed** [3] - 13:7, 13:14, 14:16
**silence** [1] - 23:8
**single** [1] - 26:13
**small** [1] - 24:23
**sold** [1] - 24:18
**sole** [2] - 19:19, 20:1
**solicited** [1] - 24:16
**someone** [1] - 2:7
**sophisticated** [1] - 16:15
**sorry** [2] - 2:5, 11:3
**sOUTHERN** [1] - 1:1
**special** [2] - 9:21, 11:19
**specifically** [1] - 14:12
**stand** [1] - 3:11
**start** [1] - 20:11
**statement** [3] - 3:19, 9:5, 22:4
**statements** [3] - 17:7, 25:20
**STATES** [5] - 1:1, 1:5, 1:11, 1:13, 29:23
**states** [2] - 17:18, 19:17
**States** [14] - 1:14, 1:22, 2:11, 2:15, 4:3, 7:1, 7:11, 14:2, 15:15, 16:4, 17:6, 17:13, 21:24, 21:25
**status** [2] - 21:23, 22:6
**statute** [1] - 13:23
**still** [2] - 26:15, 26:24
**stipulate** [1] - 17:12
**stored** [1] - 13:17
**strategies** [1] - 7:24
**Street** [2] - 1:15, 1:19
**subject** [4] - 4:14, 13:12, 17:21, 23:18
**submitted** [1] - 25:16
**subpoenas** [1] - 22:25
**subsequently** [1] -

26:2
**substantially** [2] - 26:11, 26:17
**substitute** [1] - 23:18
**substitutes** [1] - 17:20
**suffering** [1] - 5:1
**sufficient** [1] - 26:24
**suggested** [1] - 12:14
**SUITE** [1] - 29:24
**Suite** [1] - 1:23
**supervised** [2] - 9:14, 11:15
**supported** [1] - 27:18
**surrender** [2] - 20:10, 20:15
**SWORN** [1] - 3:12

### T

**tax** [1] - 25:19
**term** [3] - 6:4, 9:14, 11:15
**terms** [6] - 10:1, 11:23, 14:18, 14:22, 18:12, 18:25
**testify** [3] - 23:1, 23:4, 23:7
**THE** [253] - 1:10, 1:13, 1:17, 2:7, 2:10, 2:17, 2:21, 2:24, 3:2, 3:10, 3:13, 3:15, 3:16, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:4, 4:5, 4:6, 4:7, 4:9, 4:11, 4:20, 4:23, 4:24, 4:25, 5:1, 5:3, 5:4, 5:7, 5:8, 5:10, 5:11, 5:13, 5:15, 5:18, 5:19, 5:22, 5:25, 6:10, 6:11, 6:15, 6:16, 6:19, 6:20, 6:22, 6:23, 7:3, 7:4, 7:7, 7:9, 7:10, 7:13, 7:16, 7:17, 7:18, 7:19, 7:22, 7:23, 7:25, 8:1, 8:4, 8:5, 8:7, 8:8, 8:11, 8:12, 8:22, 8:23, 8:24, 8:25, 9:10, 9:11, 9:13, 9:14, 9:16, 9:17, 9:20, 9:21, 9:23, 9:24, 10:2, 10:3, 10:9, 10:10, 10:12, 10:13, 10:14, 10:15, 11:2, 11:6, 11:7, 11:8, 11:9, 11:10, 11:12, 11:13, 11:21, 11:22, 11:25, 12:1, 12:3, 12:4,

12:10, 12:11, 12:15, 12:16, 12:22, 12:23, 13:1, 13:2, 13:5, 13:6, 13:19, 13:25, 14:1, 14:5, 14:6, 14:8, 14:9, 14:10, 14:11, 14:17, 14:18, 14:20, 14:21, 15:2, 15:3, 15:8, 15:9, 15:13, 15:14, 15:18, 15:19, 15:22, 15:23, 16:2, 16:3, 16:9, 16:11, 16:12, 16:14, 16:15, 16:17, 16:18, 16:20, 16:21, 16:25, 17:1, 17:10, 17:11, 17:16, 17:17, 17:25, 18:1, 18:5, 18:6, 18:10, 18:11, 18:14, 18:15, 18:17, 18:18, 18:21, 18:22, 18:23, 18:24, 19:5, 19:6, 19:9, 19:14, 19:24, 19:25, 20:1, 20:5, 20:6, 20:13, 20:16, 20:18, 20:22, 20:24, 21:1, 21:2, 21:4, 21:5, 21:8, 21:9, 21:11, 21:12, 21:14, 21:15, 21:21, 21:22, 21:25, 22:2, 22:7, 22:8, 22:11, 22:12, 22:14, 22:15, 22:18, 22:19, 22:23, 22:24, 23:2, 23:3, 23:6, 23:7, 23:10, 23:11, 23:15, 23:16, 23:20, 23:21, 23:23, 23:24, 24:1, 24:2, 24:5, 24:6, 24:9, 24:10, 26:8, 26:18, 26:22, 26:23, 27:2, 27:4, 27:5, 27:8, 27:9, 27:12, 27:13, 28:4, 28:5, 28:6, 28:8, 28:9, 28:12, 28:13, 28:21, 28:22, 28:25, 29:2, 29:6, 29:9, 29:11
**thereafter** [1] - 4:18
**therefore** [1] - 27:20
**three** [2] - 9:15, 11:16
**Thursday** [1] - 27:25
**title** [2] - 17:18, 23:17
**today** [5] - 2:11, 4:24, 5:2, 5:17, 13:14
**together** [1] - 12:8
**total** [2] - 16:6, 16:9
**touch** [1] - 28:10
**transcription** [1] - 29:19

**travel** [1] - 26:6
**treated** [3] - 4:11, 4:21, 18:7
**treatment** [1] - 5:9
**trial** [13] - 9:1, 10:15, 17:14, 22:13, 22:15, 23:12, 23:13, 23:14, 23:25, 24:4, 24:8, 24:12, 24:14
**twice** [2] - 9:18, 11:17
**two** [5] - 2:12, 7:17, 13:9, 13:11, 14:25

### U

**U.S** [3] - 13:10, 17:3, 20:10
**U.S.C** [3] - 8:14, 10:5, 10:8
**ultimately** [1] - 25:25
**under** [7] - 3:17, 5:4, 5:8, 10:22, 16:1, 16:16, 17:4
**UNITED** [4] - 1:1, 1:5, 1:13, 29:23
**uNITED** [1] - 1:11
**United** [15] - 1:14, 1:22, 2:11, 2:15, 4:2, 7:1, 7:10, 14:2, 15:14, 16:3, 17:6, 17:13, 17:18, 21:24, 21:25
**unless** [2] - 13:22, 23:4
**unsustainable** [1] - 25:4
**untrue** [1] - 9:5
**up** [10] - 2:10, 9:12, 9:15, 9:17, 11:15, 11:16, 23:13, 23:17, 24:7
**upward** [2] - 13:23, 15:10

### V

**valuable** [1] - 21:18
**variance** [1] - 13:24
**various** [2] - 17:24, 19:12
**versus** [2] - 2:12
**VI** [1] - 8:16
**victims** [1] - 16:13
**violating** [1] - 10:5
**violation** [3] - 8:14, 10:7, 18:3
**voluntarily** [2] - 20:10, 23:4
**voluntary** [3] - 14:14,

20:15, 27:17
**vote** [1] - 21:19
**vs** [1] - 1:6

### W

**Wachovia** [6] - 11:1, 11:3, 11:10, 25:16, 26:1
**waived** [3] - 14:12, 23:12, 24:7
**waiver** [3] - 13:3, 14:3, 14:13
**waiving** [1] - 13:20
**warehouse** [1] - 13:18
**Wells** [5] - 10:20, 10:23, 11:1, 11:2, 11:11
**willfully** [2] - 9:7, 10:24
**willingness** [1] - 8:8
**wish** [1] - 3:4
**withdraw** [5] - 3:6, 12:24, 17:2, 17:6, 19:2
**witnesses** [2] - 22:21, 23:1

### Y

**year** [1] - 6:4
**years** [5] - 9:12, 9:15, 11:15, 11:16, 26:14
**York** [1] - 24:22
**yourself** [1] - 28:18

### §

**§** [2] - 8:14, 8:15