UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10--20411-CR-HUCK
CASE NO. 10-20584-CR-HUCK

UNITED STATES OF AMERICA

vs.

LUIS FELIPE PEREZ,

        **Defendant.**

_____/

**MOTION OF THE UNITED STATES FOR
A SENTENCE REDUCTION PURSUANT TO
RULE 35 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

    NOW COMES, the United States by and through the undersigned Assistant United States Attorney and, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, moves this court to reduce the sentence imposed on Luis Felipe Perez, hereinafter the defendant, due to his substantial assistance. In support of this motion, the United States submits the following:

    1.    On September 23, 2010, the defendant, plead guilty to one count of securities fraud, in case number 10-20411-CR-Huck and one count of conspiracy to commit bank fraud in case number 10-20584-CR-Huck.

    2.    On December 2, 2010, the defendant was sentenced to 120 months in prison on case number 10-20584-CR-Huck, to run concurrent with a sentence of 120 months on case number 10-20411-CR-Huck.

    3.    The defendant has been cooperating with federal law enforcement officers since prior to his first indictment in June of 2010. The defendant provided law enforcement with all of his books and records, explained all of his fraudulent activities and in April of 2014,

testified for two days in United States v. Julio and Raiza Robaina, case number 13-20346-CR-Ungaro. The defendant's testimony was complete and truthful. He readily admitted his culpability in a complex fraud and testified to all of his wrong doing.

4. The defendant spent days working with prosecutors and agents preparing for his testimony and explaining his records. He did everything within his power to assist the United States despite being in jail at the time of his testimony.

WHEREFORE, the United States, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, recommends to the court that, based on the defendant's substantial assistance to the United States, the defendant's term of imprisonment be reduced to seventy two (72) months.

    Respectfully submitted
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Richard D. Gregorie
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 549495
99 NE 4th Street, 7th Floor
Miami, Florida 33132
(305) 961-9148 Office
(305) 536-7213 Facsimile

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Richard D. Gregorie
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY