PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. **104685**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:10-CR-20411-PCH

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Luis Felipe Perez

Name of Sentencing Judicial Officer: The Honorable Paul C. Huck, Senior United States District Judge, Miami, Florida

Date of Original Sentence: December 2, 2010

| | |
|---|---|
| Original Offense: | Count 1: Securities Fraud, 15 U.S.C. § 78j(b), a Class C felony. |
| Original Sentence: | One hundred and twenty months custody of the Bureau of Prisons, the sentence shall run concurrent to the sentence imposed in case number 10-CR-20584-PCH, followed by five year term of supervised release, $5,719,500.00 restitution and a $100.00 special assessment. Special conditions: The defendant shall 1) participate in the Location Monitoring Program for a period of 24 months; 2) perform 400 hours of community service; 3) provide complete access to financial information; 4) not apply for, solicit or incur any further debt.; 5) obtain prior written approval from the Court before entering into any self-employment, 6) participate in an approved treatment program for drug and/or alcohol abuse. |
| Amended Judgement: | On December 3, 2010, Amended Judgement issued correcting sentence due to clerical mistake to one hundred and twenty one months custody of the Bureau of Prisons, all other terms and conditions of the original judgement to remain in full force and effect. |

Type of Supervision: Supervised Release        Date Supervision Commenced: December 10, 2014

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

>   **The defendant shall pay restitution at the rate of $162.50 a month, until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B                                                                                           SD/FL PACTS No. **104685**
(SD/FL 9/96)

     The defendant was ordered to make restitution in the sum of $5,719,500.00. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $325.00 per month towards restitution. It should be noted that the defendant was also ordered to pay restitution of $10,457,778.00 in case number 10-CR-20584-PCH. The financial litigation unit of the US Attorney's office was contacted and determined that both victims are non governmental entities and should be paid first. Therefore, it was determined that the amount the defendant has the ability to pay should be divided equally amongst the two order of restitution and $162.50 will be going to each case.

     The defendant was presented with this information and concurred with our assessment, consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at $162.50 per month in case number 10-CR-20411-PCH commencing on January 1, 2015, and every month thereafter.

     **Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $162.50 per month beginning January 1, 2015.

Respectfully submitted,

by  Garry L. Hackett
    2015.01.14 20:11:10 -05'00'

Garry L. Hackett
U.S. Probation Officer
Office:  305-512-1807
Cellular: 786-348-8767
Date: January 15, 2015

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

January 20, 2015
_____
Date