UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CR-20411-PCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LUIS FELIPE PEREZ,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR EARLY TERMINATION OF HOME DETENTION WITH ELECTRONIC MONITORING CONDITION OF SUPERVISED RELEASE

COMES NOW the Defendant, Luis Felipe Perez, by and through his undersigned counsel and hereby files this Motion for Early Termination of Home Detention with Electronic Monitoring Condition of Supervised Release and states unto the Court as follows:

1. In accordance with the Judgment and Commitment Order, the Defendant was committed to the custody of the United States Bureau of Prisons for a term of sixty-two (62) months.

2. On December 10, 2014, the Defendant was released from imprisonment and began serving his five (5) year term of supervised release, with the first twenty-four (24) months on home detention with electronic monitoring, to run concurrently with the Defendant's sentence in Case No.: 10-CR-20584-PCH.

3. As of the filing of this Motion, Defendant has successfully completed 50% of his special condition of home detention with electronic monitoring and is in full compliance with all other terms and conditions imposed by the Court.

4. Further, the Defendant has also successfully completed 410 hours of community service at The Miami Beach Botanical Gardens. Attached as Exhibit "A" is the U.S. Probation Office Community Service Work Log.

5. The Defendant is employed full time with BRM Extremeries Corp. as a sales and marketing manager which will periodically require him to travel for work purposes.

6. As a result, the Defendant requests this Honorable Court terminate the home detention with electronic monitoring condition of supervised release.

7. Undersigned counsel has been unsuccessful in conferring with Assistant United States Attorney Richard Daniel Gregorie with regard to the Government's position on his Motion.

WHEREFORE the Defendant respectfully requests that this Honorable Court grant the relief sought herein and any other relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

ENTIN & DELLA FERA, P.A.
Litigation Building, Suite 500
633 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone   (954) 761-7201
Facsimile:   (954) 764-2443
Email: Aentin@hotmail.com

By:___/S/ Alvin E. Entin_____
      ALVIN E. ENTIN
      Fla Bar No.  127027