# U.S. PROBATION OFFICE
## COMMUNITY SERVICE WORK LOG



Luis Perez
SDFL PACTS 104685

(To be completed by the Agency Contact Person/Supervisor and the offender). All offenders must sign in and out and notify the contact person before leaving the site. The contact person and the offender must initial daily activities or the hours will not be accepted as valid hours. (COMMUNITY SERVICE MUST BE PERFORMED IN HOURLY INCREMENTS)

**Name of Offender:** Perez, Luis Felipe  
**Assigned Officer:** Garry Hackett  
**PACTS#** 104685  
**Hours Ordered:** 2000

| Date | Time In | Time Out | Hours | Supervisor Initials | Offender Initials | Date | Time In | Time Out | Hours | Supervisor Initials | Offender Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/15 | 9:00AM | 3:00PM | 6 | MPR | [sig] | 3/29 | 9:00 | 3:00p | 6hrs | MPR | [sig] |
| 1/17/15 | 9:00am | 3:00pm | 6 | ARC | [sig] | 4/4 | 9:00 | 3:00 | 6hrs | NF | [sig] |
| 1-18-15 | 9:00AM | 3:00PM | 6 | MPR | [sig] | 4/5 | 9:00 | 3:00 | 6hrs | MPR | [sig] |
| 1-25-15 | 9:00AM | 3:00PM | 6 | MPR | [sig] | 4/11 | 9:00 | 3:00 | 6Hrs | NF | [sig] |
| 2/7/15 | 9:00AM | 3:00PM | 6 | ARC | [sig] | 4-18 | 9:00 | 3:00 | 6HR | NF | [sig] |
| 2-21-15 | 9:00AM | 3:00PM | 6 | ARC | [sig] | 4-19 | 9:00 | 3:00 | 6HR | NF | MPR |
| 2-22-15 | 9:00AM | 3:00PM | 6 | MPR | [sig] | 4/25 | 9:00 | 3:00 | 6HR | NF | [sig] |
| 2/28/15 | 9:00AM | 3:00PM | 6 | ARC | [sig] | 5/2 | 9:00 | 3:00 | 6HR | NF | [sig] |
| 3/1/15 | 9:00AM | 3:00PM | 6 | ARC | [sig] | 5/3 | 9:00 | 3:00 | 6HR | NF | [sig] |
| 3-7-15 | 9:00AM | 3:00PM | 6 | MPR | [sig] | 5/6 | 9:00 | 3:00 | 6HR | NF | [sig] |
| 3-8-15 | 9:00AM | 3:00PM | 6 | NF | [sig] | 5/7 | 9:00 | 3:00 | 6hrs | MPR | [sig] |
| ?/14 | 8:00 | 3:00pm | 7 | NF | [sig] | 5/30 | 9:00 | 3:00 | 6hrs | NF | [sig] |
| ?/15 | 9:00am | 3:00pm | 6 | MPR | [sig] | 5/31 | 9:00 | 3:00 | 6hrs | NF | [sig] |
| ?/21 | 9:00 | 4:00 | 7hrs | NF | [sig] | 6-6-15 | 9:00 | 3:00 | 6hrs | NF | [sig] |
| ?/22 | 9:00 | 3:00 | 6hrs | MPR | [sig] | 6-13-15 | 9:00 | 3:00 | 6hrs | NF | [sig] |
| ?/28 | 9:00 | 4:00 | 7hrs | NF | [sig] | 6-14-15 | 9:00 | 3:00 | 6hrs | NF | [sig] |

**WARNING:** ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH (18 U.S.C. §1001).

**Agency Name:** Miami Beach Botanical Gardens  
**Address:** 2000 Convention Center Drive Miami Beach FL 33139  
**Contact Person/Supervisor Signature:** Please See Back  
**Date:**

Send logs to Garry Hackett, Fax Number 305-512-1827 and/or email to: Garry_Hackett@flsp.uscourts.gov

# U.S. PROBATION OFFICE
## COMMUNITY SERVICE WORK LOG

Luis Perez
SDFL PACTS 104685

(To be completed by the Agency Contact Person/Supervisor and the offender). All offenders must sign in and out and notify the contact person before leaving the site. The contact person and the offender must initial daily activities or the hours will not be accepted as valid hours.(COMMUNITY SERVICE MUST BE PERFORMED IN HOURLY INCREMENTS)

**Name of Offender:** Perez, Luis Felipe      **PACTS#** 104685
**Assigned Officer:** Garry Hackett      **Hours Ordered:** 2000

| Date | Time In | Time Out | Hours | Supervisor Initials | Offender Initials | Date | Time In | Time Out | Hours | Supervisor Initials | Offender Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/20 | 9:00AM | 3:00PM | 6 | MPR | | 9-6 | 9:00 | 3:00 | 6 | | |
| 6/27 | 9:00 | 3:00PM | 6 | MPR | | 9-12 | 9:00 | 3:00 | 6 | | |
| 6/28 | 9:00 | 3:00PM | 6 | MPR | | 9-13 | 9:00 | 3:00 | 6 | | |
| 7/11 | 9:00 | 3:00 | 6 | MPR | | 9-26 | 9:00 | 3:00 | 6 | | |
| 7/12 | 9:00 | 3:00 | 6 | MPR | | 9-27 | 9:00 | 3:00 | 6 | | |
| 7-18 | 9:00 | 3:00 | 6 | MPR | | 10-3 | 9:00 | 3:00 | 6 | | |
| 7-19 | 9:00 | 3:00 | 6 | MPR | | 10-4 | 9:00 | 3:00 | 6 | | |
| 7-25 | 9:00 | 3:00 | 6 | | | 10-10 | 9:00 | 3:00 | 6 | | |
| 7-26 | 9:00 | 3:00 | 6 | | | 10-11 | 9:00 | 3:00 | 6 | | |
| 8-8 | 9:00 | 3:00 | 6 | | | 10-17 | 9:00 | 3:00 | 6 | | |
| 8-9 | 9:00 | 3:00 | 6 | | | 10-18 | 9:00 | 3:00 | 6 | | |
| 8-15 | 9:00 | 3:00 | 6 | | | 10-31 | 9:00 | 3:00 | 6 | | |
| 8-22 | 9:00 | 3:00 | 6 | | | 11-7 | 9:00 | 3:00 | 6 | SD | |
| 8-23 | 9:00 | 3:00 | 6 | | | 11-8 | 9:00 | 3:00 | 6 | SD | |
| 8-29 | 9:00 | 2:00 | 5 | | | 11-14 | 9:00 | 3:00 | 6 | SD | |
| 9-5 | 9:00 | 8:00 | 6 | | | 11-15 | 9:00 | 3:00 | 6 | SD | |

**WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH (18 U.S.C. §1001).**

**Agency Name:** Miami Beach Botanical Gardens
**Address:** 2000 Convention Center Drive Miami Beach FL 33139
**Contact Person/Supervisor Signature:**                          **Date:**

Send logs to ~~Garry Hackett~~, Fax Number 305-512-1827 and/or email to : Garry_Hackett@flsp.uscourts.gov

Alex BARCENES.

# U.S. PROBATION OFFICE
## COMMUNITY SERVICE WORK LOG



Luis Perez
SDFL PACTS 104685

(To be completed by the Agency Contact Person/Supervisor and the offender). All offenders must sign in and out and notify the contact person before leaving the site. The contact person and the offender must initial daily activities or the hours will not be accepted as valid hours.(COMMUNITY SERVICE MUST BE PERFORMED IN HOURLY INCREMENTS)

Name of Offender: Perez, Luis Felipe        PACTS# 104685
Assigned Officer: Garry Hackett              Hours Ordered: 2000

| Date | Time In | Time Out | Hours | Supervisor Initials | Offender Initials | Date | Time In | Time Out | Hours | Supervisor Initials | Offender Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21 | 9:00 | 3:00 | 6 | JD | | | | | | | |
| 11/22 | 9:00 | 3:00 | 6 | SD | | | | | | | |
| 11/28 | 9:00 | 3:00 | 6 | SD | | | | | | | |
| 11/29 | 9:00 | 3:00 | 6 | SD | | | | | | | |

**WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH (18 U.S.C. §1001).**

Agency Name: Miami Beach Botanical Gardens
Address: 2000 Convention Center Drive Miami Beach FL 33139
Contact Person/Supervisor Signature:                              Date:

Send logs to Garry Hackett, Fax Number 305-512-1827 and/or email to : Garry_Hackett@flsp.uscourts.gov