UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CR-20411-PCH

UNITED STATES OF AMERICA

vs.

LUIS FELIPE PEREZ,
        Defendant.
_____/

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF HOME DETENTION WITH ELECTRONIC
MONITORING CONDITION OF SUPERVISED RELEASE**

      The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this response to defendant's motion for early termination of home detention with electronic monitoring condition of supervised release (DE 36). The Probation Officer assigned to this case has advised the undersigned that the defendant has complied with all the conditions of his supervised release, that he is eligible for early termination and that he has been assigned to the "low risk" case load, and that the interests of justice would be served by early termination. Consistent with the position of the United States Probation Office and for the reasons set forth in defendant's motion, the United States has no objection to early termination of supervised release in the particular circumstances present here.

                                           Respectfully Submitted,

                                           WIFREDO A. FERRER
                                           UNITED STATES ATTORNEY

                  By:    */s/ Richard D. Gregorie*_____
                           RICHARD D. GREGORIE
                           Assistant United States Attorney
                           Florida Bar No. 549495
                           99 Northeast 4th Street, Suite 700
                           Miami, Florida 33132
                           Dick.Gregorie@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on December 18, 2015.